# EXHIBIT G

UnitedHealthcare®  Medicare Advantage
**Policy Guideline**

# DURABLE MEDICAL EQUIPMENT REFERENCE LIST (NCD 280.1)

**Guideline Number**: MPG083.08             **Approval Date**: August 14, 2019

Terms and Conditions

| Table of Contents | Page |
|---|---|
| POLICY SUMMARY | 1 |
| APPLICABLE CODES | 1 |
| DEFINITIONS | 18 |
| PURPOSE | 18 |
| REFERENCES | 18 |
| GUIDELINE HISTORY/REVISION INFORMATION | 19 |
| TERMS AND CONDITIONS | 19 |

**Related Medicare Advantage Coverage Summaries**
- Durable Medical Equipment (DME), Prosthetics, Corrective Appliances/Orthotics (Non-Foot Orthotics) and Medical Supplies Grid
- Durable Medical Equipment, Prosthetics, Corrective Appliances/Orthotics and Medical Supplies

## POLICY SUMMARY

See Purpose

**Overview**
The durable medical equipment (DME) list attached is designed to facilitate UnitedHealthcare's processing of DME claims. This section is designed as a quick reference tool for determining the coverage status of certain pieces of DME and especially for those items commonly referred to by both brand and generic names. The information contained herein is applicable (where appropriate) to all CMS guidance discussed in the DME portion of this manual.

**Guidelines**
In the case of equipment categories that have been determined by CMS to be covered under the DME benefit, the list outlines the conditions of coverage that must be met if payment is to be allowed for the rental or purchase of the DME by a particular member, or cross-refers to another CMS source or UHC policy guideline where the applicable coverage criteria are described in more detail. With respect to equipment categories that cannot be covered as DME, the list includes a brief explanation of why the equipment is not covered.

When UnitedHealthcare receives a claim for an item of equipment which does not appear to fall logically into any of the generic categories listed, UnitedHealthcare has the authority and responsibility for deciding whether those items are covered under the DME benefit.

These decisions must be made by UnitedHealthcare based on the advice of its medical consultants, taking into account:
- The Medicare Claims Processing Manual, Chapter 20, "Durable Medical Equipment, Prosthetics and Orthotics, and Supplies (DMEPOS)."
- Whether the item has been approved for marketing by the Food and Drug Administration (FDA) and is otherwise generally considered to be safe and effective for the purpose intended; and
- Whether the item is reasonable and necessary for the individual patient.

**Note**: As outlined in the Medicare Benefit Policy Manual Chapter 20, Section 10.2 Coverage Table for DME Claims. Reimbursement may be made for expenses incurred by a patient for the rental or purchase of durable medical equipment (DME) for use in his/her home.

*DME must be for use in patient's residence other than a health care institution.

## APPLICABLE CODES

The following list(s) of codes is provided for reference purposes only and may not be all inclusive. Listing of a code in this guideline does not imply that the service described by the code is a covered or non-covered health service. Benefit coverage for health services is determined by the member specific benefit plan document and applicable laws that may require coverage for a specific service. The inclusion of a code does not imply any right to reimbursement or guarantee claim payment. Other Policies and Guidelines may apply.

**Proprietary Information of UnitedHealthcare. Copyright 2019 United HealthCare Services, Inc.**

**Durable Medical Equipment Reference List**

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Air Cleaners | Deny - environmental control equipment; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | See reference NCD or PG |
| Air Conditioners | Deny - environmental control equipment; not primarily medical in nature (§1861 (n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | See reference NCD or PG |
| Air-Fluidized Beds | (See Air-Fluidized Beds, §280.8 of the NCD Manual.) | *NCD 280.8 Air-Fluidized Bed<br>*Pressure Reducing Support Surfaces Policy Guideline | See reference NCD or PG |
| Alternating Pressure Pads, Mattresses and Lambs Wool Pads | Covered if patient has, or is highly susceptible to, decubitus ulcers and the patient's physician specifies that he/she has specified that he will be supervising the course of treatment. | *Pressure Reducing Support Surfaces Policy Guideline | See reference NCD or PG |
| Alert or Alarm Device | Not primarily medical in nature; does not meet the definition of DME. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, LCA's) and/or UnitedHealth Group guidelines | A9280 |
| Audible/Visible Signal/Pacemaker Monitors | (See Self-Contained Pacemaker Monitors.) | *NCD 20.8.2 Self-Contained Pacemaker Monitors<br>*NCD 20.8.3 Cardiac Pacemakers: Single Chamber and Dual Chamber Permanent Cardiac Pacemakers | See reference NCD or PG |
| Augmentative Communication Devices | (See Speech Generating Devices, §50.1 of the NCD Manual.) | *50.1 Speech Generating Devices | See reference NCD or PG |
| Bathtub Lifts | Deny - convenience item; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | E0625 |
| Bathtub Seats | Deny - comfort or convenience item; hygienic equipment; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | E0240<br>E0245 |
| Bead Beds | (See §280.8 of the NCD Manual.) | *NCD 280.8 Air-Fluidized Bed | See reference NCD or PG |
| Bed Baths (home type) | Deny - hygienic equipment; not primarily medical in nature (§1861(n) of the Act) | *NCD 280.1 Durable Medical Equipment Reference List | |
| Bed Lifters (bed elevators) | Deny - not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Bedboards | Deny - not primarily medical in nature (§1861(n) of the Act). | *NCD 280.7 Hospital Beds | See reference NCD or PG |
| Bed Pans (autoclavable hospital type) | Covered if patient is bed confined. | *NCD 280.1 Durable Medical Equipment Reference List | E0275<br>E0276 |
| Bed Side Rails | (See Hospital Beds, §280.7 of the NCD Manual.) | *NCD 280.7 Hospital Beds | See reference NCD or PG |
| Beds-Lounges (power or manual) | Deny - not a hospital bed; comfort or convenience item; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Beds (Oscillating) | Deny - institutional equipment; inappropriate for home use. | *NCD 280.1 Durable Medical Equipment Reference List | E0270 |
| Bidet Toilet Seats | Deny - not medical equipment (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Biofeedback Device | Deny - inappropriate for home use. (See §30.1 of the NCD Manual.) | *NCD 30.1 Biofeedback Therapy<br>*NCD 30.1.1 Biofeedback Therapy for the Treatment of Urinary Incontinence | E0746 |
| Blood Glucose Analyzers (Reflectance Colorimeter) | Deny - unsuitable for home use (see §40.2 of the NCD Manual). | *40.2 Home Blood Glucose Monitors | See reference NCD or PG |
| Blood Glucose Monitors | Covered if patient meets certain conditions (see §40.2 of the NCD Manual). | *40.2 Home Blood Glucose Monitors<br>*Therapeutic Continuous Blood Glucose Monitors | See reference NCD or PG |
| Braille Teaching Texts | For external and implantable pumps, see §40.2 of the NCD Manual. If the pump is used with an enteral or parenteral nutritional therapy system. (See §180.2 of the NCD Manual for special coverage rules.) | *NCD 280.1 Durable Medical Equipment Reference List | |
| Breast Pumps; electric or manual | Not covered under Medicare guidelines; convenience item | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, LCA's) and/or UnitedHealth Group guidelines | A4281<br>A4282<br>A4283<br>A4284<br>A4285<br>A4286<br>E0602<br>E0603<br>E0604 |
| Canes | Covered if patient meets Mobility Assistive Equipment clinical criteria (NCD 280.3 ) | *280.3 Mobility Assistive Equipment (MAE)<br>*Mobility Devices (Ambulatory) | See reference NCD or PG |
| Carafes | Deny - convenience item; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Catheters | Deny - nonreusable disposable supply (§1861(n) of the Act). (See Claims Processing Manual, Chapter 20, DMEPOS). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Cold Therapy | A water circulating cold pad with pump will be denied as not reasonable and necessary. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, LCA's) and/or UnitedHealth Group guidelines | E0218 |
| Commodes | Covered if patient is confined to bed or room. NOTE: The term "room confined" means that the patient's condition is such that leaving the room is medically contraindicated. The accessibility of bathroom facilities generally would not be a factor in this determination. However, confinement of a patient to a home in a case where there are no toilet facilities in the home may be equated to room confinement. Moreover, payment may also be made if a patient's medical condition confines him to a floor of the home and there is no bathroom located on that floor. | *NCD 280.1 Durable Medical Equipment Reference List | E0163<br>E0165<br>E0167<br>E0168<br>E0170<br>E0171 |
| | Toilet seat lift mechanisms are not primarily medical in nature; therefore do not meet the statutory definition of durable medical equipment. They are non-covered.<br>A footrest is non-covered because it is not medical in nature. | *NCD 280.1 Durable Medical Equipment Reference List | E0175 |
| Communicators | (See §50.1 of the NCD Manual, "Speech Generating Devices.") | *NCD 50.1 Speech Generating Devices | See reference NCD or PG |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Continuous Passive Motion Devices | Continuous passive motion devices are devices Covered for patients who have received a total knee replacement. To qualify for coverage, use of the device must commence within 2 days following surgery. In addition, coverage is limited to that portion of the 3-week period following surgery during which the device is used in the patient's home. There is insufficient evidence to justify coverage of these devices for longer periods of time or for other applications. | *NCD 280.1 Durable Medical Equipment Reference List | E0935 |
| | CPM for uses other than the knee are not covered. | *NCD 280.1 Durable Medical Equipment Reference List | E0936 |
| Continuous Positive Airway Pressure (CPAP) Devices | (See §240.4 of the NCD Manual.) | *NCD 240.4 Continuous Positive Airway Pressure (CPAP) Therapy For Obstructive Sleep Apnea (OSA) | See reference NCD or PG |
| Cough Stimulating Device | Provisional coverage available in Local Coverage Determinations | | A7020 E0482 |
| Crutches | Covered if patient meets Mobility Assistive Equipment clinical criteria (NCD 280.3). | *NCD 280.3 Mobility Assistive Equipment (MAE) *Mobility Devices (Ambulatory) | See reference NCD or PG |
| Cushion Lift Power Seats | (See Seat Lifts.) | *NCD 280.4 Seat Lift | See reference NCD or PG |
| Dehumidifiers (room or central heating system type) | Deny - environmental control equipment; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Diathermy Machines (standard pulses wave types) | Deny - inappropriate for home use (see §150.5 of the NCD Manual). | *NCD 150.5 Diathermy Treatment | See reference NCD or PG |
| Digital Electronic Pacemaker Monitors | (See Self-Contained Pacemaker Monitors .) | *NCD 20.8.2 Self-Contained Pacemaker Monitors *NCD 20.8.3 Cardiac Pacemakers: Single Chamber and Dual Chamber Permanent Cardiac Pacemakers | See reference NCD or PG |
| Disposable Sheets & Bags | Deny - nonreusable disposable supplies (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Elastic Stockings | Deny - nonreusable supply; not rental-type items (§1861(n) of the Act). | *270.5 Porcine Skin and Gradient Pressure Dressings | See reference NCD or PG |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Electric Air Cleaners | Deny - (See Air Cleaners.) (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Electric Hospital Beds | (See Hospital Beds §280.7 of the NCD Manual.) | *NCD 280.7 Hospital Beds | See reference NCD or PG |
| Electrical stimulation device used for cancer treatment | Tumor treatment field therapy may be covered if criteria outlined in Policy Guideline is met. | *Tumor Treatment Field Therapy (TTFT) Policy Guideline | See reference NCD or PG |
| Electrical Stimulation for Wounds | Deny - inappropriate for home use. (See §270.1 of the NCD Manual.) | *NCD 270.1 Electrical Stimulation (ES) and Electromagnetic Therapy for the Treatment of Wounds | E0769 |
| Electrical joint stimulation, Transcutaneous | Deny - There is insufficient published clinical evidence to establish that treatment with TEJSD meets the requirements to be considered reasonable and necessary for the treatment of osteoarthritis or any other condition. Claims for TEJSD will be denied as not reasonable and necessary. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, LCA's) and/or UnitedHealth Group guidelines | E0762 |
| Electromagnetic Energy Treatment Device | Deny - inappropriate for home use. (See §270.1 of the NCD Manual.) | *NCD 270.1 Electrical Stimulation (ES) and Electromagnetic Therapy for the Treatment of Wounds | E0761 |
| Electrostatic Machines | Deny - (See Air Cleaners and Air Conditioners.) (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Elevators | Deny - convenience item; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List *Mobility Devices (Non-Ambulatory) and Accessories | See reference NCD or PG |
| Emesis Basins | Deny - convenience item; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Erection Aid (VED) | Vacuum erection devices and related accessories are statutorily non-covered. | | L7900 L7902 |
| Esophageal Dilators | Deny - physician instrument; inappropriate for patient use. | *NCD 280.1 Durable Medical Equipment Reference List | |
| Exercise Equipment | Deny - not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | A9300 |
| Fabric Supports | Deny - nonreusable supplies; not rental-type items (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Face Masks (oxygen) | Covered if oxygen is covered. (See §240.2 of the NCD Manual.) | *NCD 240.2 Home Use of Oxygen | See reference NCD or PG |
| Face Masks (surgical) | Deny - nonreusable disposable items (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | A4928 |
| Flowmeters | (See Medical Oxygen Regulators.) (See §240.2 of the NCD Manual.) | *NCD 240.2 Home Use of Oxygen | See reference NCD or PG |
| Fluidic Breathing Assisters | (See Intermittent Positive Pressure Breathing Machines.) | *NCD 280.1 Durable Medical Equipment Reference List | |
| Fomentation Devices | (See Heating Pads.) | *NCD 280.1 Durable Medical Equipment Reference List | |
| Gait Trainer; pediatric | Deny - Durable Medical Equipment (DME) not meeting the definition of Mobility Assistive Equipment will continue to be noncovered. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | E8000, E8001, E8002 |
| Gel Flotation Pads and Mattresses | (See Alternating Pressure Pads and Mattresses.) | *Pressure Reducing Surfaces Policy Guideline | See reference NCD or PG |
| Grab Bars | Deny - self-help device; not primarily medical in nature (§1861(n) of the Act) | *NCD 280.1 Durable Medical Equipment Reference List | E0241<br>E0242<br>E0243 |
| Grabbing, Reaching Device | Deny - self-help device; not primarily medical in nature (§1861(n) of the Act). | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | A9281 |
| Heat and Massage Foam Cushion Pads | Deny - not primarily medical in nature; personal comfort item (§§1861(n) and 1862(a)(6) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Heating and Cooling Plants | Deny - environmental control equipment not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Heating Pads | A standard electric heating pad is covered to relieve certain types of pain, decrease joint and soft tissue stiffness, relax muscles, or reduce inflammation. Covered if MAC's medical staff determines patient's medical condition is one for which the application of heat in the form of a heating pad is therapeutically effective. | *NCD 280.1 Durable Medical Equipment Reference List | E0210 |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| | Deny - It has not been established that a moist electric heating pad or water circulating heat pad with pump is reasonable and necessary compared to a standard electric heating pad ; therefore, if provided it will be denied as not reasonable and necessary. | *NCD 280.1 Durable Medical Equipment Reference List | E0215 E0217 |
| | Deny - A water circulating heating pad system is not medically necessary, a replacement pump or pad will be denied as not reasonable and necessary. | *NCD 280.1 Durable Medical Equipment Reference List | E0236 E0249 |
| | A nonelectric heating pad or wrap does not meet the definition of durable medical equipment (DME) and will be denied as noncovered. | *NCD 280.1 Durable Medical Equipment Reference List | A9273 |
| Heat Lamps | Covered if MAC's medical staff determines patient's medical condition is one for which the application of heat in the form of a heat lamp is therapeutically effective. | *NCD 280.1 Durable Medical Equipment Reference List | |
| | Deny - The safety and effectiveness of using a heat lamp in the home setting is not established. Claims for these items will be denied as not reasonable and necessary. | *NCD 280.1 Durable Medical Equipment Reference List | E0200 E0205 |
| High frequency chest wall oscillation (HFCWO) | Provisional coverage available in Local Coverage Determinations | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | A7025 A7026 E0483 |
| Hospital Beds | (See §280.7 of the NCD Manual.) | *NCD 280.7 Hospital Beds | See reference NCD or PG |
| Hot Packs | (See Heating Pads.) | *NCD 280.1 Durable Medical Equipment Reference List | |
| Humidifiers (oxygen) | (See Oxygen Humidifiers.) NCD 240.2. | *NCD 240.2 Home Use of Oxygen | See reference NCD or PG |
| Humidifiers (room or central heating system types) | Deny - environmental control equipment; not medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Hydraulic Lifts | (See Patient Lifts.) | *NCD 280.1 Durable Medical Equipment Reference List | |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Hydrocollator units | Deny - Considered institutional equipment and will be denied as statutorily noncovered. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | E0225<br>E0239 |
| Incontinent Pads | Deny - nonreusable supply; hygienic item (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | A4520<br>A4554 |
| Infusion Pumps | For external and implantable pumps, see §40.2 of the NCD Manual. If the pump is used with an enteral or parenteral nutritional therapy system. (See §180.2 of the NCD Manual for special coverage rules.) | *NCD 40.2 Home Blood Glucose Monitors<br>*NCD 180.2 Enteral and Parenteral Nutritional Therapy<br>*NCD 280.14 Infusion Pumps | See reference NCD or PG |
| Injectors (hypodermic jet) | Deny - not covered self-administered drug supply; pressure powered devices (§1861(s)(2)(A) of the Act) for injection of insulin. | *NCD 280.1 Durable Medical Equipment Reference List | A4210 |
| Intermittent Positive Pressure Breathing Machines | Covered if patient's ability to breathe is severely impaired. | *NCD 280.1 Durable Medical Equipment Reference List | E0500<br>E0550 |
| Infrared therapy devices | Deny - There are no indications for which these devices have been demonstrated to have any therapeutic effect. The device and any related accessories will be denied as not medically reasonable and necessary. | *270.6 Infrared Therapy Devices | See reference NCD or PG |
| Iron Lungs | (See Ventilators.) | *NCD 280.1 Durable Medical Equipment Reference List | |
| Irrigating Kits | Deny - nonreusable supply; hygienic equipment (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Lambs Wool Pads | (See Alternating Pressure Pads, Mattresses, and Lambs Wool Pads.) Pressure Reducing Support Surfaces Policy Guideline | *Pressure Reducing Support Surfaces Policy Guideline | See reference NCD or PG |
| Leotards | Deny - (See Pressure Leotards.) (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Lightbox, therapeutic - table top model | Deny - Devices and equipment used for environmental control or to enhance the environmental setting in which the beneficiary is placed are not considered covered DME. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | E0203 |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Lower Extremity Prosthesis, attachment | A user-adjustable heel height feature will be denied as not reasonable and necessary. | Lower Limb Protheses | See reference NCD or PG |
| Lower Limb Prosthetic Donning Sleeve | A prosthetic donning sleeve will be denied as noncovered. | Lower Limb Protheses | See reference NCD or PG |
| Lymphedema Pumps | Covered (See Pneumatic Compression Devices, §280.6 of the NCD Manual.) | *NCD 280.6 Pneumatic Compression Devices | See reference NCD or PG |
| Massage Devices | Deny - personal comfort items; not primarily medical in nature (§§1861(n) and 1862(a)(6) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Mastectomy Sleeve | A mastectomy sleeve is denied as noncovered, since it does not meet the definition of a prosthesis. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | L8010 |
| Mattresses | Covered only where hospital bed is medically necessary. (Separate Charge for replacement mattress should not be allowed where hospital bed with mattress is rented.) | *NCD 280.7 Hospital Beds | See reference NCD or PG |
| Medical Oxygen Regulators | Covered if patient's ability to breathe is severely impaired. | *NCD 240.2 Home Use of Oxygen | See reference NCD or PG |
| Mobile Geriatric Chairs | Covered if patient meets Mobility Assistive Equipment clinical criteria (see §280.3 of the NCD Manual). See Rolling Chairs | *NCD 280.3 Mobility Assistive Equipment (MAE) | See reference NCD or PG |
| Motorized Wheelchairs | Covered if patient meets Mobility Assistive Equipment clinical criteria (see §280.3 of the NCD manual). | *NCD 280.3 Mobility Assistive Equipment (MAE) | See reference NCD or PG |
| Muscle Stimulators | Covered for certain conditions. (See §250.4 of this manual.) | *NCD 250.4 Treatment of Actinic Keratosis  *NCD 160.12 Neuromuscular Electrical Stimulation (NMES) | See reference NCD or PG |
| Nebulizers | Covered if patient's ability to breathe is severely impaired. | *Nebulizers Policy Guideline | See reference NCD or PG |
| Negative Pressure Wound Therapy Pump | Covered if MAC's medical staff determines that the machine specified in the claim is medically required and appropriate for home use without technical or professional supervision. | *Negative Pressure Wound Therapy Pumps | See reference NCD or PG |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Oral Device/Appliance | Deny - A prefabricated oral appliance will be denied as not reasonable and necessary. There is insufficient evidence to show that these items are effective therapy for OSA. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | E0485 |
| | Provisional coverage available in Local Coverage Determinations | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | E0486 |
| Oscillating Beds | Deny - institutional equipment - inappropriate for home use. | *NCD 280.1 Durable Medical Equipment Reference List | E0270 |
| Over-bed Tables | Deny - convenience item; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | E0274 |
| Oxygen | Covered if the oxygen has been prescribed for use in connection with medically necessary DME. (NCD 240.2) | *NCD 240.2 Home Use of Oxygen | See reference NCD or PG |
| Oxygen Humidifiers | Covered if the oxygen has been prescribed for use in connection with medically necessary DME for purposes of moisturizing oxygen. (See §240.2 of the NCD Manual.) | *NCD 240.2 Home Use of Oxygen | See reference NCD or PG |
| Oxygen Regulators(Medical) | (See Medical Oxygen Regulators.) | *NCD 280.1 Durable Medical Equipment Reference List | |
| Oxygen Tents | (See §240.2 of the NCD Manual.) | *240.2 Home Use of Oxygen | See reference NCD or PG |
| Paraffin Bath Units (Portable) | (See Portable Paraffin Bath Units.) | *NCD 280.1 Durable Medical Equipment Reference List | |
| Paraffin Bath Units (Standard) | Deny - institutional equipment; inappropriate for home use. | *NCD 280.1 Durable Medical Equipment Reference List | |
| Parallel Bars | Deny - support exercise equipment; primarily for institutional use; in the home setting other devices (e.g., walkers ) satisfy the patient's need. | *NCD 280.1 Durable Medical Equipment Reference List | |
| Patient Lifts | Covered if contractor's medical staff determines patient's condition is such that periodic movement is necessary to effect improvement or to arrest or retard deterioration in his condition | *NCD 280.1 Durable Medical Equipment Reference List | E0621<br>E0630<br>E0635<br>E0636<br>E0639<br>E0640 |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Percussors | Covered for mobilizing respiratory tract secretions in patients with chronic obstructive lung disease, chronic bronchitis, or emphysema, when patient or operator of powered percussor receives appropriate training by a physician or therapist, and no one competent to administer manual therapy is available. | *NCD 280.1 Durable Medical Equipment Reference List | E0480 |
| Portable Oxygen Systems | 1. Regulated Covered (adjustable Covered under conditions specified in a flow rate). Refer all claims to medical staff for this determination.<br>2. Preset Deny - (flow rate Deny - emergency, first-aid, or not adjustable) precautionary equipment; essentially not therapeutic in nature. | *NCD 240.2 Home Use of Oxygen | See reference NCD or PG |
| Portable Paraffin Bath Units | Covered when the patient has undergone a successful trial period of paraffin therapy ordered by a physician and the patient's condition is expected to be relieved by long term use of this modality. | *NCD 280.1 Durable Medical Equipment Reference List | E0235 |
| Portable Room Heaters | Deny - environmental control equipment; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Portable Whirlpool Pumps | Deny - not primarily medical in nature; personal comfort items (§§1861(n),1862(a)(6) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | E1300 |
| Postural Drainage Boards | Covered if patient has a chronic pulmonary condition. | *NCD 280.1 Durable Medical Equipment Reference List | E0606 |
| Preset Portable Oxygen Units | Deny - emergency, first-aid, or precautionary equipment; essentially not therapeutic in nature. | *NCD 280.1 Durable Medical Equipment Reference List | |
| Pressure Leotards | Deny - non-reusable supply, not rental-type item (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Protector; heel or elbow | Not covered as DME; billed as part of an inpatient hospital or SNF care or as incident to a physician's service. See the Medicare Benefit Policy Manual, Chapter 15, §60.1 - Incident To Physician's Professional Services. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | E0191 |
| Pulse Tachometers | Deny - not reasonable or necessary for monitoring pulse of homebound patient with or without a cardiac pacemaker. | *NCD 280.1 Durable Medical Equipment Reference List | |
| Quad-Canes | Covered if patient meets Mobility Assistive Equipment clinical criteria (see §280.3 of the NCD Manual). | *NCD 280.3 Mobility Assistive Equipment (MAE) * Mobility Devices (Ambulatory) | See reference NCD or PG |
| Raised Toilet Seats | Deny - convenience item; hygienic equipment; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | E0244 |
| Reflectance Colorimeters | (See Blood Glucose Analyzers.) | *40.2 Home Blood Glucose Monitors | See reference NCD or PG |
| Respirators | (See Ventilators.) | *NCD 280.1 Durable Medical Equipment Reference List | |
| Rolling Chairs | Covered if patient meets Mobility Assistive Equipment clinical criteria (see §280.3 of the NCD Manual). Coverage is limited to those roll-about chairs having casters of at least 5 inches in diameter and specifically designed to meet the needs of ill, injured, or otherwise impaired individuals. Coverage is denied for the wide range of chairs with smaller casters as are found in general use in homes, offices, and institutions for many purposes not related to the care/treatment of ill/injured persons. This type is not primarily medical in nature. (§1861(n) of the Act. | *280.3 Mobility Assistive Equipment (MAE) | See reference NCD or PG |
| Safety Equipment | Does not meet the definition of DME. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | E0700 E0710 |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Safety Rollers | Covered if patient meets Mobility Assistive Equipment clinical criteria (see §280.3 of the NCD Manual). | *280.3 Mobility Assistive Equipment (MAE) | See reference NCD or PG |
| Sauna Baths | Deny - not primarily medical in nature; personal comfort items (§§1861(n) and 1862(a)(6) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Seat Lifts | Covered under the conditions specified in §280.4 of the NCD Manual. | *NCD 280.4 Seat Lift | See reference NCD or PG |
| Self Contained Pacemaker Monitors | Covered when prescribed by a physician for a patient with a cardiac pacemaker. (See §§20.8.1 and 20.8.2 of the NCD Manual.) | *NCD 20.8.1 Cardiac Pacemaker Evaluation Services<br>*NCD 20.8.2 Self-Contained Pacemaker Monitors | See reference NCD or PG |
| Sitz Baths | Covered if the contractor's medical staff determines patient has an infection or injury of the perineal area and the item has been prescribed by the patient's physician as a part of his planned regimen of treatment in the patient's home. | *NCD 280.1 Durable Medical Equipment Reference List | E0160<br>E0161<br>E0162 |
| Spacer, bag or reservoir, with or without mask, for use with metered dose inhaler | Not covered as DME benefit. May be available as a pharmacy benefit. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | A4627 |
| Spare Tanks of Oxygen | Deny - convenience or precautionary supply. | *NCD 280.1 Durable Medical Equipment Reference List | |
| Speech Teaching Machines | Deny - education equipment; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Spirometer | Deny- Item does not meet the definition of DME | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | A9284 |
| Stairway Elevators | Deny - (See Elevators.) (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Standing Tables | Deny - convenience item; not primarily medical in nature (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | E0637<br>E0638<br>E0641<br>E0642 |
| Steam Packs | These packs are Covered under the same conditions as heating pads. (See Heating Pads.) | *NCD 280.1 Durable Medical Equipment Reference List | |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Suction Machines | Covered if the contractor's medical staff determines that the machine specified in the claim is medically required and appropriate for home use without technical or professional supervision. | *NCD 280.1 Durable Medical Equipment Reference List | A7047 |
| Support Hose | Deny - (See Fabric Supports.) (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | A4490<br>A4495<br>A4500<br>A4510 |
| Surgical Leggings | Deny - non-reusable supply; not rental-type item (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | |
| Telephone Alert Systems | Deny - these are emergency communications systems and do not serve a diagnostic or therapeutic purpose. | *NCD 280.1 Durable Medical Equipment Reference List | |
| Traction Equipment | Covered if patient has orthopedic impairment requiring traction equipment that prevents ambulation during the period of use (Consider covering devices usable during ambulation; e.g., cervical traction collar, under the brace provision). | *NCD 280.1 Durable Medical Equipment Reference List | |
| | Deny - Cervical traction applied via attachment to a headboard or a free-standing frame has no proven clinical advantage will be denied as not reasonable and necessary. | *NCD 280.1 Durable Medical Equipment Reference List | E0840<br>E0850<br>E0856 |
| Transfer Bench, attachment | Not covered under Medicare guidelines; not primarily medical in nature. See the Social Security Act §1861(n) | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | E0246<br>E0247<br>E0248 |
| Trapeze Bars | Covered if patient is bed confined and the patient needs a trapeze bar to sit up because of respiratory condition, to change body position for other medical reasons, or to get in and out of bed. | *NCD 280.1 Durable Medical Equipment Reference List | E0910<br>E0911<br>E0912<br>E0940 |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Ultraviolet Cabinets | Covered for selected patients with generalized intractable psoriasis. Using appropriate consultation, the contractor should determine whether medical and other factors justify treatment at home rather than at alternative sites, e.g., outpatient department of a hospital. | *NCD 280.1 DME Reference List Policy | E0691<br>E0692<br>E0693<br>E0694 |
| Urinals autoclavable | Covered if patient is bed confined (hospital type). | *NCD 280.1 Durable Medical Equipment Reference List | E0325<br>E0326 |
| Vaporizers | Covered if patient has a respiratory illness. | *NCD 280.1 Durable Medical Equipment Reference List | E0605 |
| Ventilators | Covered for treatment of neuromuscular diseases, thoracic restrictive diseases, and chronic respiratory failure consequent to chronic obstructive pulmonary disease. Includes both positive and negative pressure types. (See §240.5 of the NCD Manual.) | *NCD 240.5 Intrapulmonary Percussive Ventilator (IPV) | |
| Ventilator Batteries; replacement for patient-owned ventilator | Not primarily medical in nature; does not meet the definition of DME. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | A4611<br>A4612<br>A4613 |
| Walkers | Covered if patient meets Mobility Assistive Equipment clinical criteria (see §280.3 of the NCD Manual). | *NCD 280.3 Mobility Assistive Equipment (MAE)<br>*Mobility Devices (Ambulatory) | See reference NCD or PG |
| Water and Pressure Pads and Mattresses | (See Alternating Pressure Pads, Mattresses and Lamb Wool Pads.) | *Pressure Reducing Support Surfaces Policy Guideline | See reference NCD or PG |
| Wheelchairs (manual) | Covered if patient meets Mobility Assistive Equipment clinical criteria (NCD 280.3). | *NCD 280.3 Mobility Assistive Equipment (MAE)<br>*Mobility Devices (Non-Ambulatory) and Accessories | See reference NCD or PG |
| Wheelchairs (power operated) | Covered if patient meets Mobility Assistive Equipment clinical criteria (NCD 280.3) | *NCD 280.3 Mobility Assistive Equipment (MAE)<br>*Mobility Devices (Non-Ambulatory) and Accessories | See reference NCD or PG |
| Wheelchairs (scooter/POV) | Covered if patient meets Mobility Assistive Equipment clinical criteria (NCD 280.3) | *NCD 280.3 Mobility Assistive Equipment (MAE)<br>*Mobility Devices (Non-Ambulatory) and Accessories | See reference NCD or PG |

| Equipment name/type | Coverage Status | Reference NCD or PG | Potential Coding |
|---|---|---|---|
| Wheelchair accessories, No. 2 footplates | Footplates are generally a standard feature on a wheelchair. Not valid for claim submission. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | E0970 |
| Wheelchairs (specially-sized) | Covered if patient meets Mobility Assistive Equipment clinical criteria (NCD 280.3) | *NCD 280.3 Mobility Assistive Equipment (MAE) *Mobility Devices (Non-Ambulatory) and Accessories | See reference NCD or PG |
| Whirlpool Bath Equipment | Covered if patient is homebound and has a (standard)condition for which the whirlpool bath can be expected to provide substantial therapeutic benefit justifying its cost. Where patient is not homebound but has such a condition, payment is restricted to the cost of providing the services elsewhere; e.g., an outpatient department of a participating hospital, if that alternative is less costly. In all cases, refer claim to medical staff for a determination. | *NCD 280.1 Durable Medical Equipment Reference List | E1310 |
| Whirlpool Pumps | Deny - (See Portable Whirlpool Pumps.) (§1861(n) of the Act). | *NCD 280.1 Durable Medical Equipment Reference List | E1300 |
| White Canes | Deny - (See §280.2 of the NCD Manual.) (Not considered Mobility Assistive Equipment) | *NCD 280.2 White Cane for Use by a Blind Person | See reference NCD or PG |
| Wig | Not covered under Medicare guidelines; does not meet the definition of DME. | References may be located in various CMS sourcing (i.e. Transmittals, LCD's, Articles) and/or UnitedHealth Group guidelines | A9282 |

| Place of Service Code | Description |
|---|---|
| 01 | Pharmacy |
| 04 | Homeless shelter |
| 09 | Prison/Correctional Facility |
| 12 | Home |
| 13 | Assisted living facility |
| 14 | Group home |
| 16 | Temporary lodging |
| 33 | Custodial Care Facility |
| 54 | Intermediate Care Facility/Mentally Retarded |
| 55 | Residential Substance Abuse Treatment Facility |
| 56 | Psychiatric Residential Treatment Center |

| Place of Service Code | Description |
|---|---|
| 65 | End Stage Renal Disease (ESRD) Treatment Facility (valid POS for Parenteral Nutritional Therapy) |

## DEFINITIONS

**DME**: Defined as equipment which:
- Can withstand repeated use; i.e., could normally be rented and used by successive patients;
- Is primarily and customarily used to serve a medical purpose;
- Generally is not useful to a person in the absence of illness or injury; and,
- Is appropriate for use in a patient's home.

## PURPOSE

The Medicare Advantage Policy Guideline documents are generally used to support UnitedHealthcare Medicare Advantage claims processing activities and facilitate providers' submission of accurate claims for the specified services. The document can be used as a guide to help determine applicable:
- Medicare coding or billing requirements, and/or
- Medical necessity coverage guidelines; including documentation requirements.

UnitedHealthcare follows Medicare guidelines such as LCDs, NCDs, and other Medicare manuals for the purposes of determining coverage. It is expected providers retain or have access to appropriate documentation when requested to support coverage. Please utilize the links in the References section below to view the Medicare source materials used to develop this resource document. This document is not a replacement for the Medicare source materials that outline Medicare coverage requirements. Where there is a conflict between this document and Medicare source materials, the Medicare source materials will apply.

## REFERENCES

**CMS National Coverage Determinations (NCDs)**
NCD 280.1 Durable Medical Equipment Reference List
Reference NCDs:
NCD 20.8.1 Cardiac Pacemaker Evaluation Services
NCD 20.8.2 Self-Contained Pacemaker Monitors
NCD 40.2 Home Blood Glucose Monitors
NCD 50.1 Speech Generating Devices
NCD 150.5 Diathermy Treatment
NCD 160.12 Neuromuscular Electrical Stimulation (NMES)
NCD 180.2 Enteral and Parenteral Nutritional Therapy
NCD 240.2 Home Use of Oxygen
NCD 240.4 Continuous Positive Airway Pressure (CPAP) Therapy for Obstructive Sleep Apnea (OSA)
NCD 240.5 Intrapulmonary Percussive Ventilator (IPV)
NCD 250.1 Treatment of Psoriasis
NCD 270.4 Treatment of Decubitus Ulcers
NCD 270.5 Porcine Skin and Gradient Pressure Dressings
NCD 270.1 Electrical Stimulation (ES) and Electromagnetic Therapy for the Treatment of Wounds
NCD 280.2 White Cane for Use by a Blind Person
NCD 280.3 Mobility Assistive Equipment (MAE)
NCD 280.4 Seat Lift
NCD 280.6 Pneumatic Compression Devices
NCD 280.7 Hospital Beds
NCD 280.8 Air-Fluidized Bed
NCD 280.14 Infusion Pumps

**CMS Articles**
Noncovered Items, Noridian Healthcare Solutions, Noridian Website
CGS Noncovered Items

**CMS Benefit Policy Manuals**
Chapter 13 Rural Health Clinic (RHC) and Federally Qualified Health Center (FQHC) Services
Chapter 15 Covered Medical and Other Health Services

**CMS Claims Processing Manuals**
Chapter 12 Physicians/Nonphysician Practitioners
Chapter 20 Durable Medical Equipment, Prosthetics, Orthotics, and Supplies (DMEPOS)

Chapter 23 Fee Schedule Administration and Coding Requirements

**MLN Matters**
Article MM8304, Detailed Written Orders and Face-to-Face Encounters

**UnitedHealthcare Commercial Policies**
Electrical Stimulation for the Treatment of Pain and Muscle Rehabilitation
Mechanical Stretching Devices
Temporomandibular Joint Disorders

**Others**
CMS Medicare Program Integrity Manual, Chapter 5 Items and Services Having Special DME Review Considerations, § 5.2.3 Detailed Written Orders
Medicare Benefit Policy Manual, Chapter 15, §110.1B)(2) - Equipment Presumptively Nonmedical.

## GUIDELINE HISTORY/REVISION INFORMATION

Revisions to this summary document do not in any way modify the requirement that services be provided and documented in accordance with the Medicare guidelines in effect on the date of service in question.

| Date | Action/Description |
|---|---|
| 08/14/2019 | • Annual review, "Electrical stimulation device used for cancer treatment" updated as now has provisional coverage outlined in the policy guideline<br>• CGS noncovered item list link added to references section |

## TERMS AND CONDITIONS

The Medicare Advantage Policy Guidelines are applicable to UnitedHealthcare Medicare Advantage Plans offered by UnitedHealthcare and its affiliates.

These Policy Guidelines are provided for informational purposes, and do not constitute medical advice. Treating physicians and healthcare providers are solely responsible for determining what care to provide to their patients. Members should always consult their physician before making any decisions about medical care.

Benefit coverage for health services is determined by the member specific benefit plan document* and applicable laws that may require coverage for a specific service. The member specific benefit plan document identifies which services are covered, which are excluded, and which are subject to limitations. In the event of a conflict, the member specific benefit plan document supersedes the Medicare Advantage Policy Guidelines.

Medicare Advantage Policy Guidelines are developed as needed, are regularly reviewed and updated, and are subject to change. They represent a portion of the resources used to support UnitedHealthcare coverage decision making. UnitedHealthcare may modify these Policy Guidelines at any time by publishing a new version of the policy on this website. Medicare source materials used to develop these guidelines include, but are not limited to, CMS National Coverage Determinations (NCDs), Local Coverage Determinations (LCDs), Medicare Benefit Policy Manual, Medicare Claims Processing Manual, Medicare Program Integrity Manual, Medicare Managed Care Manual, etc. The information presented in the Medicare Advantage Policy Guidelines is believed to be accurate and current as of the date of publication, and is provided on an "AS IS" basis. Where there is a conflict between this document and Medicare source materials, the Medicare source materials will apply.

You are responsible for submission of accurate claims. Medicare Advantage Policy Guidelines are intended to ensure that coverage decisions are made accurately based on the code or codes that correctly describe the health care services provided. UnitedHealthcare Medicare Advantage Policy Guidelines use Current Procedural Terminology (CPT®), Centers for Medicare and Medicaid Services (CMS), or other coding guidelines. References to CPT® or other sources are for definitional purposes only and do not imply any right to reimbursement or guarantee claims payment.

Medicare Advantage Policy Guidelines are the property of UnitedHealthcare. Unauthorized copying, use and distribution of this information are strictly prohibited.

*For more information on a specific member's benefit coverage, please call the customer service number on the back of the member ID card or refer to the Administrative Guide.