**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEREMY OLSEN,<br><br>    *Plaintiff,*<br><br>    v.<br><br><br><br>ALEX AZAR, in his capacity as Secretary of the United States Department of Health and Human Services,<br><br>    *Defendant.* | Case No. 1:19-cv-03814 |

## AFFIDAVIT OF SERVICE BY MAIL

On January 14, 2020, I, Paula Seguin, Senior Paralegal at Lowenstein Sandler, LLP, mailed a true and correct copy of the Summons, Notice of Errata Regarding Class Action Complaint and exhibit, Plaintiff's Motion for Summary Judgment, Declaration of Jeffrey Blumenfeld in Support of Plaintiff's Motion for Summary Judgment, and Notice of Designation of Related Cases Pending in This or Any Other United States Court related to the above-referenced case via United States Postal Service:

1. Certified Mail – Return Receipt (article no. 7015 1660 0000 7889 0736) addressed to the United States Attorney's Office, 555 4th Street, NW, Washington, DC 20001. A copy of the United States Postal Service Tracking Status is attached as Exhibit 1;

2. Certified Mail – Return Receipt (article no. 7015 1660 0000 7889 0729) addressed to the United States Department of Health & Human Services, 200 Independence Avenue, SW, Washington, DC 20201. A copy of the United States Postal Service Tracking Status is attached as Exhibit 2;

3. Certified Mail – Return Receipt (article no. 7015 1660 0000 7889 0743) addressed to the United States Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530. A copy of the United States Postal Service Tracking Status is attached as Exhibit 3;

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 18th day of February, 2020 in Washington, DC.

                                                /s/Paula Seguin

# Exhibit 1

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70151660000078890736

Your item was delivered at 5:49 am on January 23, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

January 23, 2020 at 5:49 am
Delivered
WASHINGTON, DC 20530



**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

January 23, 2020, 5:49 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:49 am on January 23, 2020 in WASHINGTON, DC 20530.

---

January 22, 2020, 11:03 am
Available for Pickup
WASHINGTON, DC 20530

---

January 22, 2020, 8:39 am
Out for Delivery
WASHINGTON, DC 20018

January 22, 2020, 5:48 am
Arrived at Unit
WASHINGTON, DC 20018

January 17, 2020, 3:55 am
Forwarded
WASHINGTON, DC

January 16, 2020, 1:05 pm
Notice Left (No Authorized Recipient Available)
WASHINGTON, DC 20001

January 16, 2020, 7:10 am
Out for Delivery
WASHINGTON, DC 20001

January 16, 2020, 3:43 am
Arrived at Unit
WASHINGTON, DC 20018

January 16, 2020, 2:25 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

January 15, 2020, 6:37 pm
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

January 15, 2020
In Transit to Next Facility

January 14, 2020, 5:11 pm
Departed Post Office
WASHINGTON, DC 20037

January 14, 2020, 11:52 am
USPS in possession of item
WASHINGTON, DC 20037

Feedback

# Exhibit 2

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70151660000078890729

Your item was delivered to the front desk, reception area, or mail room at 11:44 am on January 16, 2020 in WASHINGTON, DC 20201.

## ✓ Delivered

January 16, 2020 at 11:44 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201



Feedback

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

January 16, 2020, 11:44 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201
Your item was delivered to the front desk, reception area, or mail room at 11:44 am on January 16, 2020 in WASHINGTON, DC 20201.

January 16, 2020, 10:40 am
Available for Pickup
WASHINGTON, DC 20201

January 16, 2020, 7:36 am
Arrived at Unit
WASHINGTON, DC 20018

January 16, 2020, 4:35 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

January 16, 2020, 2:24 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

January 15, 2020, 6:37 pm
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

January 15, 2020
In Transit to Next Facility

Feedback

January 14, 2020, 5:11 pm
Departed Post Office
WASHINGTON, DC 20037

January 14, 2020, 11:52 am
USPS in possession of item
WASHINGTON, DC 20037

Product Information

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# Exhibit 3

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70151660000078890743

Your item was delivered at 5:33 am on January 17, 2020 in WASHINGTON, DC 20530.



## Delivered

January 17, 2020 at 5:33 am
Delivered
WASHINGTON, DC 20530

Feedback

### Text & Email Updates  ⌄

### Tracking History  ⌃

**January 17, 2020, 5:33 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:33 am on January 17, 2020 in WASHINGTON, DC 20530.

**January 16, 2020, 11:01 am**
Available for Pickup
WASHINGTON, DC 20530

**January 16, 2020, 9:03 am**
Arrived at Unit
WASHINGTON, DC 20018

January 16, 2020, 4:35 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

January 16, 2020, 2:24 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

January 15, 2020, 6:37 pm
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

January 15, 2020
In Transit to Next Facility

January 14, 2020, 5:11 pm
Departed Post Office
WASHINGTON, DC 20037

Feedback

January 14, 2020, 11:52 am
USPS in possession of item
WASHINGTON, DC 20037

Product Information　　∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# FAQs