CASEY M. BRUNER, WSBA #50168
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Phone:  (509) 624-5265
Fax:    (509) 458-2728
cmb@witherspoonkelley.com

*Attorneys for Defendant*

HONORABLE SALVADOR MENDOZA, JR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>           Plaintiff,<br><br>  v.<br><br>ALEX M. AZAR II, in his official capacity as the Secretary of the United States Department of Health and Human Services,<br><br>           Defendant. | No.  2:20-cv-00374-SMJ<br><br>NOTICE OF APPEARANCE |

TO:  Defendant Alex M. Azar II, and his counsel, James Owen Bickford.

PLEASE TAKE NOTICE that Casey M. Bruner of Witherspoon Kelley hereby enters his appearance in the above cause on behalf of Plaintiff Jeremy Olsen, without waiving any or all claims or defenses that may exist pursuant to FRCP 8, 12 or otherwise, including insufficient service of process, and further

NOTICE OF APPEARANCE - 1



422 W. Riverside Avenue, Suite 1100    Phone: 509.**624.5265**
Spokane, Washington 99201-0300    Fax: 509.**458.2728**

requests that all further pleadings and papers herein, except process, be served upon the undersigned attorney at the address stated above.

DATED this 19th day of October 2020.

                            WITHERSPOON · KELLEY

By: *s/ Casey M. Bruner*
     Casey M. Bruner, WSBA # 50168
     cmb@witherspoonkelley.com
     422 W. Riverside Avenue, Suite 1100
     Spokane, WA  99201-0300
     Phone:  (509) 624-5265
     Fax:   (509) 458-2728
     *Attorneys for Plaintiff*



WITHERSPOON · KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.**624.5265**
Spokane, Washington 99201-0300   Fax: 509.**458.2728**

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October 2020,

1.   I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**James.Bickford@usdoj.gov**

2.   I hereby certify that I have caused to be mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the addresses listed below:

Jeffrey Blumenfeld
Lowenstein Sandler LLP
2200 Pennsylvania Avenue, NW, Suite 500E
Washington, DC  20037

3.   I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participants at the address listed below:  **None.**

4.   I hereby certify that I have hand-delivered the foregoing document to the following participants at the addresses listed below:  **None.**

*s/ Casey M. Bruner*
Casey M. Bruner, WSBA #50168

NOTICE OF APPEARANCE - 3



422 W. Riverside Avenue, Suite 1100    Phone: 509.**624.5265**
Spokane, Washington 99201-0300    Fax: 509.**458.2728**