CASEY M. BRUNER, WSBA #50168
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
cmb@witherspoonkelley.com

*Attorneys for Defendant*

HONORABLE SALVADOR MENDOZA, JR.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

JEREMY OLSEN,

Plaintiff,

v.

ALEX M. AZAR II, in his official capacity as the Secretary of the United States Department of Health and Human Services,

Defendant.

No. 2:20-cv-00374-SMJ

**MOTION TO APPEAR PRO HAC VICE**

HEARING: January 4, 2021 at 6:30 p.m.
Without Oral Argument

In accordance with United States District Court for the Eastern District of Washington Local Rule 83.2(c), the undersigned respectfully moves for *pro hac vice* admission of James Charles Pistorino of the Parrish Law Offices, for purposes of limited appearance as co-counsel on behalf of Plaintiff Jeremy Olsen





("Plaintiff") herein, in the above-styled case only, and in support thereof states as follows:

1. James Charles Pistorino has been a member in good standing of the California Bar since 2003 and the Texas Bar since 1996, remains so today, and has been admitted to practice before the courts set forth in Paragraph 4.

2. Mr. Pistorino does not reside, or maintain an office for the practice of law, in the State of Washington.

3. Mr. Pistorino's address and phone number are as follows:

James Charles Pistorino
224 Lexington Drive
Menlo Park, CA 94025
(650) 400-0043

4. Mr. Pistorino is admitted to practice before the courts:

| Court | Date of Admission |
|---|---|
| U.S. Supreme Court | 2016 |
| Second Circuit | 2019 |
| District of Nebraska | 2000 |
| E.D. California | 2003 |
| N.D. California | 2004 |
| S.D. California | 2005 |
| C.D. California | 2006 |
| E.D. Texas | 1998 |
| N.D. Texas | 1997 |
| S.D. Texas | 1997 |
| Fifth Circuit Court of Appeals | 1998 |
| Federal Circuit Court of Appeals | 2009 |
| U.S. Court of Federal Claims | 2009 |






422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Phone: 509.624.5265
Fax: 509.458.2728

5. Movant, Casey M. Bruner, of the law firm Witherspoon Kelley, is a member in good standing of the Washington State Bar and the United States District Court for the Eastern District of Washington and maintains an office in Washington for the practice of law. Movant has been associated as resident attorney for this case and, under LR83.2(c)(1), will jointly sign all pleadings, motions, and other papers prior to filing and meaningfully participate in the case. Movant's address and phone number are as follows:

Casey M. Bruner
WITHERSPOON • KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Phone: (509) 624-5265

6. Plaintiff has retained Mr. Pistorino and desires for him to represent him in this case, and Mr. Pistorino desires to appear *pro hac vice* on behalf of Plaintiff.

7. Mr. Pistorino does not have any pending disciplinary sanction actions and has never been subject to any disciplinary sanctions by any court or Bar Association.

//

//



WITHERSPOON•KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Phone: 509.624.5265
Fax: 509.458.2728

Respectfully submitted this 4th day of December 2020.

WITHERSPOON · KELLEY

By: *s/ Casey M. Bruner*

Casey M. Bruner, WSBA # 50168
cmb@witherspoonkelley.com
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2020:

1. I caused to be electronically filed the foregoing MOTION TO APPEAR PRO HAC VICE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**James.Bickford@usdoj.gov**

2. I hereby certify that I have caused to be mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the addresses listed below:

Jeffrey Blumenfeld
Lowenstein Sandler LLP
2200 Pennsylvania Avenue, NW, Suite 500E
Washington, DC 20037

3. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the foregoing document to the following participants at the addresses listed below: **None.**

*s/ Casey M. Bruner*
Casey M. Bruner, WSBA #50168






422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Phone: 509.624.5265
Fax: 509.458.2728