CASEY M. BRUNER, WSBA #50168
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Phone:  (509) 624-5265
Fax:   (509) 458-2728
cmb@witherspoonkelley.com

HONORABLE SALVADOR MENDOZA, JR.

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALEX M. AZAR II, in his official capacity as the Secretary of the United States Department of Health and Human Services,<br><br>　　　　　　Defendant. | No.  2:20-cv-00374-SMJ<br><br>**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE** |

BEFORE THE COURT is Plaintiff's Motion to Appear Pro Hac Vice [ECF 25], and the Declaration of James Charles Pistorino [ECF 26], in support of the motion.  Attorney James Charles Pistorino, having applied for pro hac vice status and being found to meet the requirements for pro hac vice membership, is hereby added as counsel for Plaintiff Jeremy Olsen.

ORDER GRANTING MOTION TO
APPEAR PRO HAC VICE - 1



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100　　Phone: 509.**624.5265**
Spokane, Washington 99201-0300　　　　Fax: 509.**458.2728**

1 | IT IS SO ORDERED.  The District Court Clerk is directed to enter this
2 |
3 | Order, add James Charles Pistorino as counsel for Plaintiff, and provide copies of
4 | this Order to counsel.
5 |
6 | DATED:

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE - 2



422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728