CASEY M. BRUNER, WSBA #50168
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
cmb@witherspoonkelley.com

*Attorneys for Defendant*

HONORABLE SALVADOR MENDOZA, JR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

JEREMY OLSEN,

            Plaintiff,

v.

ALEX M. AZAR II, in his official capacity as the Secretary of the United States Department of Health and Human Services,

           Defendant.

No. 2:20-cv-00374-SMJ

DECLARATION OF JAMES CHARLES PISTORINO IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, James Charles Pistorino, hereby declare and state:

1.    I desire to appear as counsel for Plaintiff Jeremy Olsen, *pro hac vice* before the United States District Court for the Eastern District of Washington.

2.    I have been a member in good standing of the California Bar since 2003 and the Texas Bar since 1996.

DECLARATION OF JAMES CHARLES PISTORINO IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE - 1



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300     Fax: 509.458.2728

3. I am admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| District of Nebraska | 2000 |
| U.S. Supreme Court | 2016 |

4. I do not reside or maintain an office for the practice of law in the State of Washington.

5. My office address and phone number are as follows:

James Charles Pistorino
224 Lexington Drive
Menlo Park, CA 94025
(650) 400-0043

6. I am currently licensed in good standing to practice law in each of the jurisdictions in which I have previously been admitted.

7. I am not currently suspended or disbarred by any jurisdiction in which I have been admitted.

8. I do not have any pending disciplinary sanction actions and have never been subject to any disciplinary sanctions by any court or Bar Association.

9. It is necessary for me to appear *pro hac vice* on behalf of Plaintiff because Plaintiff has retained me to represent him in this case.

DECLARATION OF JAMES
CHARLES PISTORINO IN SUPPORT
OF MOTION TO APPEAR PRO HAC
VICE - 2



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300            Fax: 509.458.2728

10. Casey M. Bruner of the law firm Witherspoon Kelley, has been associated as resident attorney for this case. Mr. Bruner is a member in good standing of the Washington Bar and the United States District Court for the Eastern District of Washington and maintains an office in this State for the practice of law. Mr. Bruner's address and phone number are as follows:

> Casey M. Bruner
> WITHERSPOON • KELLEY
> 422 West Riverside Avenue, Suite 1100
> Spokane, Washington 99201-0300
> Phone: (509) 624-5265

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on December 25, 2020, in Menlo Park, California.

_____
JAMES CHARLES PISTORINO

DECLARATION OF JAMES CHARLES PISTORINO IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE - 3



WITHERSPOON • KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2020:

1. I caused to be electronically filed the foregoing DECLARATION OF JAMES CHARLES PISTORINO IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**James.Bickford@usdoj.gov**

2. I hereby certify that I have caused to be mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the addresses listed below:

Jeffrey Blumenfeld
Lowenstein Sandler LLP
2200 Pennsylvania Avenue, NW, Suite 500E
Washington, DC 20037

3. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the foregoing document to the following participants at the addresses listed below: **None.**

*s/ Casey M. Bruner*
Casey M. Bruner, WSBA #50168

---

DECLARATION OF JAMES CHARLES PISTORINO IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE - 4

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728