James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JEREMY OLSEN, | ) | **DEFENDANT'S RESPONSE TO** |
| | ) | **PLAINTIFF'S STATEMENT OF** |
| Plaintiff, | ) | **MATERIAL FACTS** |
| | ) | |
| v. | ) | Case No. 2:20-cv-374 (SMJ) |
| | ) | |
| ALEX M. AZAR II, in his official | ) | Noticed: Jan. 7, 2021 |
| capacity as Health and | ) | |
| Human Services, | ) | Without Oral Argument |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Although this is an administrative record review case, for which no statement of material facts is required, *see* L. Civ. R. 56(i), Plaintiff filed such a statement in support of his motion for summary judgment.  But "when a party seeks review of agency action . . . , the district judge sits as an appellate tribunal." *Am. Bioscience, Inc. v. Thompson*, 269 F.3d 1077, 1083 (D.C. Cir. 2001).  "The 'entire case' on review is a question of law," *id.*, and the "complaint, properly read

1  . . . presents no factual allegations, but rather only arguments about the legal

2  conclusion to be drawn about the agency action," *Marshall Cnty. Health Care*

3  *Auth. v. Shalala*, 988 F.2d 1221, 1226 (D.C. Cir. 1993).

4        Because a statement of material facts was not required in this case, which

5  involves no factual disputes, the Secretary does not respond to Plaintiff's

6  statement.

                                Respectfully submitted,

                                JEFFREY BOSSERT CLARK
                                Assistant Attorney General

                                MICHELLE BENNETT
                                Assistant Director, Federal Programs Branch

                                */s/ James Bickford*
                                JAMES BICKFORD
                                Trial Attorney (N.Y. Bar No. 5163498)
                                United States Department of Justice
                                Civil Division, Federal Programs Branch
                                1100 L Street, NW
                                Washington, DC 20530
                                James.Bickford@usdoj.gov
                                Telephone: (202) 305-7632
                                Facsimile: (202) 616-8470

                                *Counsel for Defendant*

Date: December 9, 2020