# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2021

SEAN F. McAVOY, CLERK

JEREMY OLSEN,

*Plaintiff*

v.

NORRIS W. COCHRAN, in his official capacity as the acting Secretary of the United States Department of Health and Human Services,

*Defendant*

Civil Action No. 2:20-CV-00374-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 22, is GRANTED. Defendant's Cross Motion for Summary Judgment, ECF No. 27, is DENIED. This decision of the Appeals Council is REVERSED. This case is REMANDED with instructions to authorize coverage consistent with this Order. Judgment is entered in favor of the Plaintiff and against the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on motions for for summary judgment.

Date: February 23, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer