# EXHIBIT B

CASEY M. BRUNER, WSBA #50168  
WITHERSPOON · KELLEY  
422 W. Riverside Avenue, Suite 1100  
Spokane, WA 99201-0300  
Phone: (509) 624-5265  
Fax: (509) 458-2728  
cmb@witherspoonkelley.com  

*Attorney for Plaintiff*

HONORABLE SALVADOR MENDOZA, JR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN,<br><br>   Plaintiff,<br><br>v.<br><br>NANCY COCHRANE, in her official capacity as the acting Secretary of the United States Department of Health and Human Services,<br><br>   Defendant. | No. 2:20-cv-00374-SMJ<br><br>DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES |

I, Mr. Jeremy Olsen, make this declaration on my own personal knowledge and, if called upon to do so, I could competently testify to the matters herein:

1. I am over the age of 18 and have never been convicted of a felony;

2. At no time during this litigation (or during proceedings before the Department) have I ever had a net worth in excess of $2,000,000.

DECLARATION IN SUPPORT OF
PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES- 1



WITHERSPOON · KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728

I declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of March, 2021 in Spokane County, Washington.



Mr. Jeremy Olsen

DECLARATION IN SUPPORT OF
PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES- 2

**WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728