# EXHIBIT C

# Parrish Law Offices

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|------|
| 1/2/2020 |

| Invoice # |
|-----------|
| 6255 |

| Bill To |
|---------|
| Jeremy Olsen |

| Client/Matter No. | Matter Line 1 |
|-------------------|---------------|
|  |  |

| Service ... | Description | Qty | Item | | Amount |
|---|---|---|---|---|---|
| 12/6/2019 | assessing case | 2.1 | Prof Srvcs @ $525/hr | JCP | 1,102.50 |
| 12/9/2019 | reviewing record materials | 1.4 | Prof Srvcs @ $525/hr | JCP | 735.00 |
| 12/10/2019 | revise/review memo re: case assessment | 2.2 | Prof Srvcs @ $525/hr | JCP | 1,155.00 |
| 12/11/2019 | attn to engagement letter | 0.9 | Prof Srvcs @ $525/hr | JCP | 472.50 |
| 12/12/2019 | revise/review MSJ, reviewing documents | 4.6 | Prof Srvcs @ $525/hr | JCP | 2,415.00 |
| 12/12/2019 | s/w JP re ALJ issues, AdQIC Referral re an issue not raised by QIC; emailed OMHA-100 form for his review | 0.25 | Prof Srvcs @ $350/hr | BMN | 87.50 |
| 12/13/2019 | revise/review MSJ, reviewing documents | 2.7 | Prof Srvcs @ $525/hr | JCP | 1,417.50 |
| 12/14/2019 | revise/review MSJ, research re: LCD's | 1.9 | Prof Srvcs @ $525/hr | JCP | 997.50 |
| 12/16/2019 | revise/review Complaint and MSJ | 4.3 | Prof Srvcs @ $525/hr | JCP | 2,257.50 |
| 12/17/2019 | revise/review Complaint and MSJ | 6.7 | Prof Srvcs @ $525/hr | JCP | 3,517.50 |
| 12/18/2019 | attn to engagement letter, revise/review Complaint and MSJ | 7.2 | Prof Srvcs @ $525/hr | JCP | 3,780.00 |
| 12/19/2019 | revise/review Complaint and MSJ | 8.3 | Prof Srvcs @ $525/hr | JCP | 4,357.50 |
| 12/19/2019 | Reviewed the MSJ, complaint (edited counts), and prepared proposed order granting MSJ for Olsen. | 3 | Prof Srvcs @ $350/hr | BMN | 1,050.00 |
| 12/20/2019 | Searched for caselaw for JP request - conflicting interpretation with existing regulation for MSJ.  Reread complaint for general comments | 2 | Prof Srvcs @ $350/hr | BMN | 700.00 |
| 12/20/2019 | Review and revision of Olsen MSJ. | 0.75 | Prof srvcs @ $550/hr | DMP | 412.50 |
| 12/22/2019 | revise/review Complaint MSJ | 1.2 | Prof Srvcs @ $525/hr | JCP | 630.00 |
| 12/23/2019 | Olsen review and revision of MSJ. | 1.16667 | Prof srvcs @ $550/hr | DMP | 641.67 |
| 12/23/2019 | attn to filings | 0.4 | Prof Srvcs @ $525/hr | JCP | 210.00 |

| Total | $25,939.17 |
|-------|-----------|
| **Balance Due** | $25,939.17 |

DMP = Debra Parrish
JCP = James Pistorino
BMN = Bridget Noonan

19

**Parrish Law Offices**

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|---|
| 2/3/2020 |

| Invoice # |
|---|
| 6294 |

| Bill To |
|---|
| Jeremy Olsen |

| Client/Matter No. | Matter Line 1 |
|---|---|
|  |  |

| Service ... | Description | Qty | Item | | Amount |
|---|---|---|---|---|---|
| 1/17/2020 | attn to service/response to pleadings | 0.6 | Prof srvcs @ $550/hr | JCP | 330.00 |

| Total | $330.00 |
|---|---|
| **Balance Due** | $330.00 |

DMP = Debra Parrish
JCP = James Pistorino
BMN = Bridget Noonan

20

# Parrish Law Offices

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|---|
| 3/2/2020 |

| Invoice # |
|---|
| 6320 |

| Bill To |
|---|
| Jeremy Olsen |

| Client/Matter No. | Matter Line 1 |
|---|---|
| | |

| Service ... | Description | Qty | Item | | Amount |
|---|---|---|---|---|---|
| 2/18/2020 | Reviewed the revised MSJ and edited. | 0.16667 | Prof Srvcs @ $425/hr | BMN | 70.83 |
| 2/18/2020 | attn to local counsel, revise/review reply re: MSJ | 5.1 | Prof srvcs @ $550/hr | JCP | 2,805.00 |

DMP = Debra Parrish
JCP = James Pistorino
BMN = Bridget Noonan

| Total | $2,875.83 |
|---|---|
| **Balance Due** | $2,875.83 |

21

**Parrish Law Offices**

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
| --- |
| 5/1/2020 |

| Invoice # |
| --- |
| 6394 |

| Bill To |
| --- |
| Jeremy Olsen |

| Client/Matter No. | Matter Line 1 |
| --- | --- |

| Service ... | Description | Qty | Item | | Amount |
| --- | --- | --- | --- | --- | --- |
| 4/5/2020 | revise/review opp to motion to dismiss | 4.2 | Prof srvcs @ $550/hr | JCP | 2,310.00 |
| 4/6/2020 | revise/review opp to motion to dismiss | 2.7 | Prof srvcs @ $550/hr | JCP | 1,485.00 |

| | |
| --- | --- |
| **Total** | $3,795.00 |
| **Balance Due** | $3,795.00 |

DMP = Debra Parrish
JCP = James Pistorino
BMN = Bridget Noonan

# Parrish Law Offices

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|------|
| 11/2/2020 |

| Invoice # |
|-----------|
| 6547 |

| Bill To |
|---------|
| Jeremy Olsen |

| Client/Matter No. | Matter Line 1 |
|-------------------|---------------|
|  |  |

| Service ... | Description | Qty | Item | | Amount |
|-------------|-------------|-----|------|---|--------|
| 10/9/2020 | reviewing order re: transfer | 0.8 | Prof srvcs @ $550/hr | JCP | 440.00 |
| 10/10/2020 | revise/review memo re: case status | 0.8 | Prof srvcs @ $550/hr | JCP | 440.00 |
| 10/12/2020 | t/c Bruner re: case status | 0.6 | Prof srvcs @ $550/hr | JCP | 330.00 |

DMP = Debra Parrish
JCP = James Pistorino
BMN = Bridget Noonan

| Total | $1,210.00 |
|-------|-----------|
| **Balance Due** | **$1,210.00** |

23

# Parrish Law Offices

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|---|
| 12/1/2020 |

| Invoice # |
|---|
| 6575 |

| Bill To |
|---|
| Jeremy Olsen |

| | Client/Matter No. | Matter Line 1 |
|---|---|---|
| | | |

| Service ... | Description | Qty | Item | | Amount |
|---|---|---|---|---|---|
| 11/5/2020 | revise/review opp to motion to dismiss | 2.4 | Prof srvcs @ $550/hr | JCP | 1,320.00 |
| 11/16/2020 | revise/review motion for summary judgement | 2.3 | Prof srvcs @ $550/hr | JCP | 1,265.00 |
| 11/17/2020 | revise/review motion for summary judgement | 3.6 | Prof srvcs @ $550/hr | JCP | 1,980.00 |
| 11/18/2020 | revise/review opp to motion to dismiss, revise/review motion for summary judgement | 5.4 | Prof srvcs @ $550/hr | JCP | 2,970.00 |

DMP = Debra Parrish
JCP = James Pistorino
BMN = Bridget Noonan

| Total | $7,535.00 |
|---|---|
| **Balance Due** | $7,535.00 |

**Parrish Law Offices**

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|------|
| 1/4/2021 |

| Invoice # |
|-----------|
| 6598 |

| Bill To |
|---------|
| Jeremy Olsen |

| Client/Matter No. | Matter Line 1 |
|-------------------|---------------|
|  |  |

| Service ... | Description | Qty | Item | Amount |
|-------------|-------------|-----|------|--------|
| 12/25/2020 | revise/review opp to MSJ | 4.1 | Prof srvcs @ $550/hr   JCP | 2,255.00 |

DMP = Debra Parrish
JCP = James Pistorino
BMN = Bridget Noonan

| Total | $2,255.00 |
|-------|-----------|
| **Balance Due** | $2,255.00 |

25

**Parrish Law Offices**

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|------|
| 2/1/2021 |

| Invoice # |
|-----------|
| 6619 |

| Bill To |
|---------|
| Jeremy Olsen |

| Client/Matter No. | Matter Line 1 |
|-------------------|---------------|
|                   |               |

| Service ... | Description | Qty | Item | Amount |
|-------------|-------------|-----|------|--------|
| 1/12/2021 | reviewing decision on motion to dismiss | 0.6 | Prof srvcs @ $550/hr    JCP | 330.00 |

DMP = Debra Parrish
JCP = James Pistorino
BMN = Bridget Noonan

| Total | $330.00 |
|-------|---------|
| **Balance Due** | $330.00 |

26

**Parrish Law Offices**

788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|------|
| 3/1/2021 |

| Invoice # |
|-----------|
| 6644 |

| Bill To |
|---------|
| Jeremy Olsen |

| Client/Matter No. | Matter Line 1 |
|-------------------|---------------|
|                   |               |

| Service ... | Description | Qty | Item | Amount |
|-------------|-------------|-----|------|--------|
| 2/23/2021 | reviewing decision, t/c Jeremy Olsen re: same | 1.1 | Prof srvcs @ $550/hr    JCP | 605.00 |

|  |  |
|--|--|
| **Total** | $605.00 |
| **Balance Due** | $605.00 |

DMP = Debra Parrish
JCP = James Pistorino
BMN = Bridget Noonan

27

*Attorney Review: Blumenfeld, Jeffrey_____*

NOTE: PLEASE CHOOSE ONE OF THE FOLLOWING BEFORE RETURNING THIS PREBILL
TO THE ACCOUNTING DEPARTMENT - MAKE ALL EDITS AND RETURN
_____ A REVISED PREBILL  OR _____ A FINAL BILL

# Lowenstein
# Sandler LLP

## STANDARD PREBILL

No: 1951137 / Billing Atty: Blumenfeld, Jeffrey/ Edit Date:  / /
Biller: Miller, Erica A.

**Billing Frequency:  Contingency with disbursement billing**

A Rate = Standard (Aderant Level 2)
*Prepared: 03/12/21 15:31:35*

March 5, 2021

Invoice Number: 0                                      File No: 37901 - 2

**VIA EMAIL:  james@dparrishlaw.com**

Mr. Jeremy  Olsen
Attn:  James Pistorino
224 Lexington Drive
Menlo Park, CA 94025

---

For professional services rendered through March 5, 2021 in connection with Denial of Reimbursement for CGM
Devices:

| | |
|---|---|
| Counsel Fee | $11,164.00 |
| Disbursements | 775.11 |
| **Total This Statement** | $11,939.11 |

28

Mr. Jeremy Olsen                                    -2-                                    1951137

**UNAPPLIED CASH:**

| Matter | Unapplied | On Acct Fees | On Acct Disb | Retainer | Total |
|---|---|---|---|---|---|
| **Total available for client:** | | | | | $0.00 |

There is no unapplied cash for this matter(s).

~ PREBILL - FOR INTERNAL USE ONLY ~
ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

29

Mr. Jeremy Olsen                                         -3-                                         1951137

**MATTER: 2 – Denial of Reimbursement for CGM Devices** – *Open Date: 12/27/19 – Intake Date: DUE - Financial Review Date: 12/15/20*

TIME DETAIL FOR MATTER 2 / Denial of Reimbursement for CGM Devices — **RATE LEVEL 2**

| Date/<br>Time<br>ID/Prt | Timekeeper | Hours | Base<br>Value | To Bill<br>Value | Time Narrative |
|---|---|---|---|---|---|
| 12/18/19<br>12317265<br>Y | Seguin-Rosier,<br>P | 0.70 | $210.00 | $210.00 | E-mails with J. Pistorino and C. deLeon in anticipation of filings and re: strategy |
| 12/19/19<br>12298363<br>Y | de Leon, C | 2.20 | 781.00 | 781.00 | Review complaint; prepare civil cover sheet, notice of related case, summonses and declaration of J. Blumenfeld; review exhibits to summary judgment motion and redact |
| 12/20/19<br>12302117<br>Y | Blumenfeld, J | 2.80 | 3,220.00 | 3,220.00 | Close review, comment, and suggest edits to Complaint, engagement letter, and MSJ and send to Parrish |
| 12/20/19<br>12300138<br>Y | de Leon, C | 1.30 | 461.50 | 461.50 | Edit and finalize complaint; review motion for summary judgment; finalize exhibits to motion for summary judgment for filing |
| 12/23/19<br>12303709<br>Y | de Leon, C | 3.20 | 1,136.00 | 1,136.00 | Finalize complaint and ancillary documents; e-file same; finalize motion for summary judgment and supporting documents; redact exhibits; e-file same |
| 12/26/19<br>12309095<br>Y | Blumenfeld, J | 1.10 | 1,265.00 | 1,265.00 | E-mail from and call with clerk of DC District Court re need to file errata in Olsen v Azar; e-mails with LS personnel on same; further e-mails with clerk of court; e-mails with J. Pistorino |
| 12/26/19<br>12308459<br>Y | de Leon, C | 0.30 | 106.50 | 106.50 | Draft errata notice; e-file same |
| 12/30/19<br>12317440<br>Y | Blumenfeld, J | 0.70 | 805.00 | 805.00 | e-mails with J. Pistorino on decision re discovery; further analysis of draft MSJ and e-mails on call to discuss for 1/2/20 |
| 01/14/20<br>12368457<br>Y | Seguin-Rosier,<br>P | 3.80 | 1,178.00 | 1,178.00 | Prepare service packages for service on Defendants; review local rules; coordinate service; draft Motion for Admission Pro Hac Vice and supporting declaration; e-mails with J. Pistorino;Telephone call with clerk of court; prepare check request and mailing |
| 01/17/20<br>12368473<br>Y | Seguin-Rosier,<br>P | 0.40 | 124.00 | 124.00 | Telephone call and follow up e-mails with J. Pistorino re: service update |
| 02/18/20<br>12411795<br>Y | Blumenfeld, J | 0.50 | 597.50 | 597.50 | Review response on MSJ |
| 02/18/20<br>12410561<br>Y | Seguin-Rosier,<br>P | 0.80 | 248.00 | 248.00 | Revise Proof of Service and corresponding Affidavit of Service; prepare exhibits and finalize for filing; e-mails with J. Pistorino and J. Blumenfeld in anticipation of filing Reply in Support of Motion for Summary Judgment; file Proof of Service and Reply |

~ PREBILL - FOR INTERNAL USE ONLY ~<br>ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Mr. Jeremy Olsen — -4- — 1951137

| Date/ Time ID/Prt | Timekeeper | Hours | Base Value | To Bill Value | Time Narrative |
|---|---|---|---|---|---|
| 04/06/20 12518583 Y | Seguin-Rosier, P | 0.90 | 279.00 | 279.00 | E-mails with J. Pistorino; review and revise draft Opposition to Defendant's Motion to Dismiss and proposed order; file motion |
| 04/13/20 12532768 Y | Seguin-Rosier, P | 0.20 | 62.00 | 62.00 | Receive and review Defendant's Reply in Support of Motion to Dismiss; update electronic pleading file |
| 09/17/20 12854113 Y | Seguin-Rosier, P | 0.30 | 93.00 | 93.00 | Analyze Judge Walton's standing order re: pending motion; e-mails with J. Blumenfeld re: same |
| 12/14/20 13038812 Y | Blumenfeld, J | 0.50 | 597.50 | 597.50 | Telephone discussion with J. Pistorino; email to Litigation Group for reports on fee awards |
| **TOTAL FEES** | | 19.70 | $11,164.00 | $11,164.00 | |

**TIMEKEEPER SUMMARY FOR MATTER: 2 / Denial of Reimbursement for CGM Devices**

| Attorney Name | Init. | ID# | Type | HRS | Rate | Fees |
|---|---|---|---|---|---|---|
| Blumenfeld, Jeffrey | JB | 4864 | Partner | 5.60 | $1,158.00 | $6,485.00 |
| de Leon, Cruz | CD | 4194 | Paralegal | 7.00 | 355.00 | 2,485.00 |
| Seguin-Rosier, Paula | PSR | 5183 | Paralegal | 7.10 | 309.00 | 2,194.00 |
| **TOTAL FEES** | | | | 19.70 | | $11,164.00 |

**DISBURSEMENT SUMMARY FOR MATTER: 2 / Denial of Reimbursement for CGM Devices**

| Description | Base Amount | Bill Amount |
|---|---|---|
| Bulk rate/special postage - Bulk Rate/Special Postage | $0.50 | $0.50 |
| Computerized legal research - Pacer | 17.80 | 17.80 |
| Filing fees - Filing Fees | 500.00 | 500.00 |
| Filing fees - Sheriff Fees | 225.00 | 225.00 |
| Messenger and delivery charges - External Messenger Service | 31.81 | 31.81 |
| **Total Disbursements** | $775.11 | $775.11 |

~ PREBILL - FOR INTERNAL USE ONLY ~
ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Mr. Jeremy Olsen                                    -5-                                    1951137

**DETAILED DISBURSEMENTS:** *NOTE: No details for photocopies, facsimilie, internal telephone calls, and postage are provided. If you wish to see the details, please contact your billing specialist.*

| Date of Transaction | Description | Phase.Task | Amount |
|---|---|---|---|
| **Filing Fees** | | | |
| 12/23/19 | Filing Fees VENDOR: American Express INVOICE#: 3897686601280202 DATE: 1/28/2020  ; 12/23/19; Filing Fees; Filing Fee - Complaint | $400.00 | |
| 01/15/20 | Filing Fees VENDOR: Clerk, U.S.District Court; INVOICE#: CKQ011520-19339; DATE: 1/15/2020 Filing fee motion to appear Pro Hac Vice James Pistorino | 100.00 | |
| | **Filing Fees subtotal** | | **$ 500.00** |
| **External Messenger Service** | | | |
| 01/14/20 | External Messenger Service VENDOR: Washington Express; INVOICE#: 186124; DATE: 1/31/2020 - Messenger service from: P. Sequin/ DC Office / to: US Attorney's Office - 501 3rd St. NW Washington, DC / delivery of: envelope. 1/14/20 | 31.81 | |
| | **External Messenger Service subtotal** | | **$ 31.81** |
| **Pacer** | | | |
| 12/30/19 | Pacer VENDOR: Pacer Service Center INVOICE#: 3212378-Q42019 DATE: 1/13/2020   Date: 12/30/2019 Court: 00PCL Pages: 1 | 0.10 | |
| 12/30/19 | Pacer VENDOR: Pacer Service Center INVOICE#: 3212378-Q42019 DATE: 1/13/2020   Date: 12/30/2019 Court: DCDC Pages: 171 | 17.10 | |
| 04/13/20 | Pacer VENDOR: Pacer Service Center INVOICE#: 3212378-Q22020 DATE: 7/14/2020   Date: 04/13/2020 Court: DCDC Pages: 4 | 0.40 | |
| 09/17/20 | Pacer VENDOR: Pacer Service Center INVOICE#: 3212378-Q32020 DATE: 11/2/2020   Date: 09/17/2020 Court: DCDC Pages: 2 | 0.20 | |
| | **Pacer subtotal** | | **$ 17.80** |
| **Sheriff Fees** | | | |
| 12/31/19 | Sheriff Fees VENDOR: Same Day Process Service Inc; INVOICE#: 119913; DATE: 12/31/2019 Processing Service Fee | 75.00 | |
| 12/31/19 | Sheriff Fees VENDOR: Same Day Process Service Inc; INVOICE#: 119915; DATE: 12/31/2019 Processing Service Fee | 75.00 | |
| 12/31/19 | Sheriff Fees VENDOR: Same Day Process Service Inc; INVOICE#: 119916; DATE: 12/31/2019 Processing Service Fee | 75.00 | |
| | **Sheriff Fees subtotal** | | **$ 225.00** |
| **Postage** | | | **$0.50** |
| **TOTAL DISBURSEMENTS** | | | **$775.11** |

~ PREBILL - FOR INTERNAL USE ONLY ~
ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Mr. Jeremy Olsen                                    -6-                                    1951137

~ PREBILL - FOR INTERNAL USE ONLY ~
ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

33

Mr. Jeremy Olsen                               -7-                                    1951137

**TIMEKEEPER SUMMARY FOR ALL MATTERS ON THIS PREBILL**

| Attorney Name | Init. | ID# | Type | Hrs | Rate | Fees | Last Time |
|---|---|---|---|---|---|---|---|
| Blumenfeld, Jeffrey | JB | 4864 | Partner | 5.60 | $1,158.00 | $6,485.00 | 12/14/20 |
| de Leon, Cruz | CD | 4194 | Paralegal | 7.00 | 355.00 | 2,485.00 | 12/26/19 |
| Seguin-Rosier, Paula | PSR | 5183 | Paralegal | 7.10 | 309.00 | 2,194.00 | 09/17/20 |
| TOTAL FEES | | | | 19.70 | | $11,164.00 | |
| PREM/-DISC | | | | | | 0.00 | |
| TOTAL ADJ. FEES | | | | | | $11,164.00 | |

**DISBURSEMENT SUMMARY SECTION FOR ALL MATTERS ON THIS PREBILL**

| Code | Description | Amount |
|---|---|---|
| FILE | Filing Fees | $500.00 |
| MSGEX | External Messenger Service | 31.81 |
| PACER | Pacer | 17.80 |
| POSTIN | Bulk Rate/Special Postage | 0.50 |
| SHRIFF | Sheriff Fees | 225.00 |
| TOTAL DISBURSEMENTS | | $775.11 |

**\* \* \* \* This is the end of prebill number 1951137 \* \* \* \***

~ PREBILL - FOR INTERNAL USE ONLY ~
ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.



**WITHERSPOON·KELLEY**
Attorneys & Counselors
Spokane  |  Coeur d'Alene
Tax ID 91-1083732

422 W. Riverside Avenue, Suite 1100     Tel: 509.**624.5265**
Spokane, Washington 99201-0300          Fax: 509.**458.2728**
www.witherspoonkelley.com

March 24, 2021
Invoice #:   476836

Parrish Law Office
James Pistorino
788 Washington Road
Pittsburgh, PA  15228

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending February 28, 2021:

Account: 65072 - 1

RE:   Olsen v. Azar

|  |  |
|---|---|
| Professional Services | $ 8,421.00 |
| Disbursements Advanced | $ 293.74 |
| **TOTAL THIS INVOICE** | **$ 8,714.74** |

*This statement may not include expenses for which we have not been billed.  Interest on unpaid accounts at the rate of 1% per month (annual rate of 12%) will be imposed commencing 30 days after date of statement.*

35

WITHERSPOON KELLEY

Account: 65072 - 1

March 24, 2021
Invoice #:  476836

RE:  Olsen v. Azar
     Jeremy Olsen v. Alex M. Azar, II

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 2/18/20 | CMB | Olsen v. Azar: Initial meeting with Atty. Gibbons re new matter; exchange correspondence with regional counsel re new matter; review pleadings and complaint in underlying matter in U.S.D.C.; telephonic conference with regional counsel; research applicable statutes and caselaw. | 3.10 |
| 4/27/20 | CMB | Olsen v. Azar - Exchange correspondence with James Pistorino re status of transfer; draft Notice of Appearance; outline review court docket to confirm litigation status. | .60 |
| 10/10/20 | CMB | Review correspondence from national counsel transferred matter and appearance. | .40 |
| 10/11/20 | CMB | Review representation agreement and approval from national counsel. | .20 |
| 10/12/20 | CMB | Strategy call with regional counsel re Motion for Summary Judgment, Motions to Dismiss, and Pro Hac planning. | .80 |
| 10/12/20 | CMB | Review and analyze Court order re dismissal and transfer. | .70 |
| 10/12/20 | CMB | Review orders in related matters in to frame upcoming summary judgment and larger strategy. | 1.10 |
| 10/14/20 | CMB | Review transferred docket and prepare Notice of Appearance. | .30 |
| 10/28/20 | CMB | Review request from opposing counsel re continuance and motion to dismiss; and response communication re motion for summary judgment. | .40 |
| 10/29/20 | CMB | Review multiple correspondences re motion to dismiss, motion for summary judgment, revisions to HHS advisory rules, and potential settlement agreement; telephone conference with regional counsel re same. | 1.30 |
| 10/29/20 | CMB | Review and analyze pleadings re motion to dismiss. | .80 |
| 11/05/20 | CMB | Review, analyze, and revise Opposition to Motion to Dismiss. | 2.10 |
| 11/16/20 | CMB | Review draft of Motion for Summary Judgment and begin preparing additional pleadings in support thereto. | 2.10 |
| 11/16/20 | CMB | Review administrative record for exhibits to use in Statement of Material Facts. | 2.70 |
| 11/17/20 | CMB | Continue drafting Motion for Summary Judgment and Statement of Material Facts; telephone conference with national counsel re strategy and pleadings. | 5.20 |
| 11/18/20 | CMB | Revise, finalize, and file Response to Motion to Dismiss. | 2.60 |

*This statement may not include expenses for which we have not been billed.  Interest on unpaid accounts at the rate of 1% per month (annual rate of 12%) will be imposed commencing 30 days after date of statement.*

36

**WITHERSPOON KELLEY**

Account: 65072 - 1

March 24, 2021
Invoice #:  476836

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 11/19/20 | CMB | Continue drafting and revising, finalize, and file Motion for Summary Judgment and related pleadings. | 3.20 |
| 12/01/20 | CMB | Draft Motion and Supporting papers for admission of James Pistorino pro hac vice. | 1.10 |
| 12/02/20 | CMB | Review and analyze Reply Memorandum in Support of Motion to Dismiss. | .80 |
| 12/07/20 | CMB | Meeting with Atty. Crotty re deposition strategy. | .30 |
| 12/09/20 | CMB | Review and analyze Defendant's Response to Motion for Summary Judgment and Cross Motion for Summary Judgment; review local rules and requirements for summary judgment and note opposing counsels failure to comply; strategize reply briefing re admitted and undisputed facts. | 1.20 |
| 12/10/20 | CMB | Telephone conference with Atty. Pistorino re reply and response strategy re summary judgment. | .30 |
| 12/21/20 | CMB | Review, revise, and file Reply to Motion for Summary Judgment; exchange correspondence with co-counsel; review court orders re pro hac and resetting schedule. | 1.20 |
| 12/28/20 | CMB | Review, revise, finalize, and file Response to Cross Motion for Summary Judgment. | 1.80 |
| 1/11/21 | CMB | Review reply memorandum re summary judgment from the government. | .80 |
| 1/12/21 | CMB | Review and analyze order granting in part and denying in part Defendant's Motion to Dismiss; review issues regarding potential administrative errors; and discuss clarification strategy with James Pistorino. | 1.30 |
| 1/13/21 | CMB | Review revised Order re Motion to Dismiss. | .20 |
| 1/29/21 | CMB | Review text order from the Court and send to co-counsel; review local rules re administrative review. | .20 |
| 2/02/21 | CMB | Review correspondence from court re pro hac vice procedures. | .20 |
| 2/23/21 | CMB | Review and analyze Order re Partial Summary Judgment. | .40 |
| | | **Total:** | **37.40** |

TOTAL PROFESSIONAL SERVICES                                $ 8,421.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Casey M. Bruner | 36.80 | 225.00 | 8,280.00 |
| Casey M. Bruner | .60 | 235.00 | 141.00 |
| **Total** | **37.40** | | **$ 8,421.00** |

*This statement may not include expenses for which we have not been billed. Interest on unpaid accounts at the rate of 1% per month (annual rate of 12%) will be imposed commencing 30 days after date of statement.*

WITHERSPOON KELLEY

Account: 65072 - 1

March 24, 2021
Invoice #:  476836

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 10/30/20 | Document Production, Pacer Service Center | 35.10 |
| 11/18/20 | FEDEX -- FEDEX 97462430 | 29.32 |
| 11/18/20 | FEDEX -- FEDEX 97462430 | 29.32 |
| 12/04/20 | Pro Hac Vice Application -- COURTS/USDC-WA-E | 200.00 |
| | TOTAL DISBURSEMENTS | $ 293.74 |
| | **TOTAL THIS INVOICE** | **$ 8,714.74** |

*This statement may not include expenses for which we have not been billed.  Interest on unpaid accounts at the rate of 1% per month (annual rate of 12%) will be imposed commencing 30 days after date of statement.*



**WITHERSPOON·KELLEY**
Attorneys & Counselors
Spokane   |   Coeur d'Alene
Tax ID 91-1083732

422 W. Riverside Avenue, Suite 1100     Tel: 509.**624.5265**
Spokane, Washington 99201-0300          Fax: 509.**458.2728**
www.witherspoonkelley.com

March 24, 2021
Invoice #:  476836

Parrish Law Office
James Pistorino
788 Washington Road
Pittsburgh, PA  15228

# REMITTANCE ADVICE

Account: 65072 - 1
RE:  Olsen v. Azar

| **BALANCE DUE THIS INVOICE** | **$ 8,714.74** |
|---|---|

Please return this advice with payment to:

Witherspoon Kelley
Attorneys & Counselors
422 W. Riverside Ave., Suite 1100
Spokane, WA  99201-0300

## TERMS: NET 30 DAYS

*Thank you!  Your business is greatly appreciated.*

*This statement may not include expenses for which we have not been billed.  Interest on unpaid accounts at the rate of 1% per month (annual rate of 12%) will be imposed commencing 30 days after date of statement.*

39