# EXHIBIT D

# JAMES CHARLES PISTORINO
224 Lexington Dr.
Menlo Park, CA 94025
(650) 400-0043
james.pistorino@gmail.com

## EXPERIENCE:

| | |
|---|---|
| September 2015 - present | **PARTNER:** Parrish Law Office: Federal litigation, including appellate practice. |
| March 2011 – September 2015 | **PARTNER.** Perkins Coie, LLP. Intellectual Property litigation involving patents and copyrights and breach of contract actions in federal courts and arbitrations. |
| 2004-2011, 1996-2004 | **PARTNER/ASSOCIATE.** Howrey Simon Arnold & White (formerly Arnold, White & Durkee). Involved in full range of intellectual property representation including patent, copyright, trademark, and trade secret litigation, patent and trademark prosecution, motion and appellate practice, contracts, and legal research. Special emphasis on computer software related issues. |
| March – May 2001 | **ASSISTANT DISTRICT ATTORNEY.** Dallas County District Attorney's Office. Participated in the Lawyer's On Loan program prosecuting misdemeanor cases. Prosecuted thirteen (13) jury trials and five (5) trials before the Court. |
| May - August, 1995 | **LAW CLERK.** United States International Trade Commission, Office of Unfair Import Investigations. Legal research and memoranda related to patent infringement litigation. |

## REPRESENTATIVE MATTERS:

*Bloom v. Azar*, (2nd Cir)
    Represent Plaintiff in Medicare litigation
*Driessen v. Sony Music Entertainment, et al.* (Utah)
    Defend Sony Music, Best Buy, Target, FYE in patent case involving music cards
*Clouding v. Amazon, Inc., et al.* (Del)
    Defend Amazon, Rackspace, Dropbox in cases related to cloud computing
*Round Rock Research LLC v. AsusTek Computer Inc., et al.* (Del)
*AsusTek Computer Inc. et al. v. Round Rock Research LLC* (ND Cal)
    Defend AsusTek in cases involving 16 patents related to computer components
*Technology Innovations Associates, LLC v. Google, Inc.* (Del)
    Defend Google in patent case involving user interfaces
*Mount Hamilton Partners LLC v. Google, Inc.* (ND Cal)
    Defend Google in patent case related to coupons
*FuzzySharp Technologies Inc. v. Intel Corp.* (ND Cal)
    Defend Intel in patent case related to 3D graphics

Pistorino Resume
Page 2

> *Techsavies LLC v. WDFA Marketing, Inc.* (ND Cal) (2010-2011)
> > Represent TechSavies in breach of contract/copyright matter
> *Scientific Plastic Products, Inc. v. Merck & Co., Inc., et al.* (SD Cal) (2009)
> > Defend Merck in patent case related to flash chromatography
> *CalCars, Inc. v. California Cars Initiative, Inc.* (CD Cal) (2008)
> > Defend CCI in trademark infringement dispute
> *Anticancer v. Merck & Co., Inc.et al.* (SD Cal) (2007-10)
> > Defend Merck in five patent case related to green fluorescent protein
> *Visto Corp. v. Seven Networks, Inc.* (ED Tex) (2005-2007)
> > Defend Seven in multiple cases related to email synchronization
> *Streck Laboratories v. Beckman Coulter et al* (Neb) (1999-2000)
> > Represent Streck in patent case related to blood substitutes

**ADMISSIONS:**
> State Bars of California and Texas, United States Patent & Trademark Office, United States Courts of Appeals for the Second, Fifth, and Seventh Circuits, and the Federal Circuit, United States Supreme Court

**EDUCATION:**
**Duke University School of Law**, Durham, NC.
> J.D. May 1996

**Duke University**, Durham, NC.
> B.S. with Distinction in Computer Science May 1993

**PUBLICATIONS/MEMBERSHIPS:**
SF Bay Area IP Inn of Court
> President (2012 –2014), Vice-President (2010-12), Treasurer (2008-10)

University of California Hastings Schools of Law (Spring 2013-Spring 2016)
> Adjunct professor, Patent Litigation

Santa Clara University (Summer 2012)
> Adjunct professor, Patent Litigation Strategies and Tactics

James C. Pistorino, *2012 Trends in Patent Case Filings*, BNA, (February 2013)
James C. Pistorino, *2011 Trends in Patent Case Filings*, BNA, (March 2012)
James C. Pistorino, *Concentration of Patent Cases Increases in*
> *Eastern District of Texas in 2010*, BNA, (April 2011)

James C. Pistorino, *Another Way to Attack Written Description in Re-Exam*,
> IPLaw360 (August 2010)

Glenn W. Rhodes, PATENT LAW HANDBOOK (1998-99, 1999-2000 eds)
> Chapter on summary judgment, portions of chapter on equitable defenses.

James C. Pistorino, *Recent Developments in Patent Law*,
> 6 TEX. INTELL. PROP. LAW. J. 355 (1998).

Numerous speeches to ACC and other groups. 2015-21 SuperLawyer.

**Debra M. Parrish**

788 Washington Road  
Pittsburgh, PA 15228  
412-561-6250

1050 Conn. Ave., 10th Fl.  
Washington, DC 20036  
202-772-4254

debbie@dparrishlaw.com  
412-561-6253 (fax)  
412-337-2718 (cell)

## PROFESSIONAL EXPERIENCE

- **Parrish Law Offices,** 1999-Present

    Representing and counseling health care providers, research institutions, journals and life science companies in the areas of health care law (including reimbursement for innovative technology), science law (compliance with research regulations, investigations and research misconduct), intellectual property (including litigation, licensing, contracts and employee agreements).

- **Titus & McConomy LLP,** elected partner in 1996, 1994-1999

    Involved in complex litigation, science law (including research misconduct and research regulations, compliance and investigations including criminal investigations of life science companies), intellectual property (patent prosecution and litigation) and health care law.

- **Office of Research Integrity, Office of the General Counsel, Department of Health & Human Services,** 1992-1994

    Drafted rules and regulations governing scientific misconduct and research fraud; reviewed, investigated and prosecuted allegations of scientific misconduct.

- **Fulbright & Jaworski,** Washington, DC, Associate, 1989-1992

    Represented national health care clients on medical staff issues, Medicare/Medicaid reimbursement, and litigation involving health care providers; litigated intellectual property cases.

## EDUCATION

- **J.D., Duke University School of Law**
- **B.S.E., Biomedical Engineering, Duke University**
- **M.P.H., Johns Hopkins Bloomberg School of Public Health (expected 2021)**

## BAR MEMBERSHIPS AND ASSOCIATIONS

- **United States Court of Appeals for the Second Circuit**
- **United States Court of Appeals for the Ninth Circuit**
- **United States Court of Appeals for the Eleventh Circuit**

43

- American Health Lawyers Association
- Society for Research Administrators
- National Association of College and University Attorneys
- American Bar Association, 2017 winner of the *Pro Bono Publico* Award
- Pennsylvania, North Carolina, District of Columbia and Florida Bar
- Patent Bar
- Allegheny County Bar Association
- Public Responsibility in Medicine and Research
- Council of Science Editors

## ACTIVITIES

- **Council of Science Editors,** Editorial Policy Committee, 2004-Present
- **International Business Ethics Institute,** Director and Consultant, 1994-present
- **Institutional Review Board,** University of Pittsburgh Medical Center, 1994-1999
- **Adjunct Professor, University of Pittsburgh Medical Center,** Spring 2016

## SELECTED SPEECHES

National Presentations

- **"Research Misconduct: A Year in Review,"** Society of Research Administrators International, San Francisco, CA, October 2019 and October 2020.

- **"Patents and IP Protection: Why They Matter to Us,"** Society of Research Administrators International, San Francisco, CA, October 2019.

- **"Advocacy for Medicare Coverage for Diabetes,"** American Association of Diabetes Educators, Baltimore, MD, August 2018.

- **"DMEPOS Update,"** American Health Lawyers Association, Baltimore, MD, March 2017.

- **"Master Class: Billing Compliance,"** MAGI's Clinical Research Conference, Las Vegas, NV, October 23, 2016.

- **"Research Misconduct: A Year in Review,"** Society of Research Administrators, Annual Meeting, San Antonio, TX, October 26, 2016.

- **"The Journals' Role in Research Misconduct Cases,"** Society of Research Administrators, Annual Meeting, San Antonio, TX, October 25, 2016.

- **"Patient Access to Medications,"** panel discussion, Corporate AACE Partnership (CAP), Boston, MA, October 14, 2016.

- **"Standardization of Processes for Handling Research Misconduct,"** National Academy of Sciences Journal Summit, Washington, DC, March 17, 2016.

- **"DMEPOS Update,"** American Health Lawyers Association, Baltimore, MD, March 2016.

- **Patient Access to Medications,"** American Association of Clinical Endocrinologist, Boston, MA, Oct. 14, 2016.

- **"Top Ten Issues for Research Universities,"** moderator, National Association of College and University Attorneys Annual Meeting, Chicago, IL, June 2013.

Local and Regional Presentations

- **"Reimbursement Considerations for Clinical Diagnostic Tests,"** Pennsylvania Life Sciences & Association of University Technology Managers, Philadelphia, PA, October 2018.

- **"Research Misconduct and Clinical Trials"** and **"Research Misconduct and Graduate Students,"** Society for Research Administrators, Minneapolis, MN, April 28 and 29, 2014. • **"Reimbursement with a Global Fair Panel,"** Pennsylvania Bio (BioTech 2010), Philadelphia, PA, October 2010.

- **"Successfully Taking Your Claims Through the Medicare Appeals Process,"** Pennsylvania Bio (BioTech 2010), Philadelphia, PA, October 2010.

- **"Reimbursement for New Medical Technology,"** Carnegie Mellon University, Pittsburgh, PA, April 2010.

## SELECTED ARTICLES

- **"Federal Agencies Can Do More To Ensure Correction of the Literature,"** Accountability in Research, Vo. 25, issue 6, Sept. 2018.

- **"The Physician Payment Sunshine Act,"** Ethical Editor, May 2014.

- **"Research Misconduct in Clinical Trials and Clinical Research,"** Ethical Editor, July 2012.

- **"White Paper on Promoting Integrity in Scientific Journal Publications,"** Council of Science Editors, March 2012.

45

- **"Expressions of Concern and Their Uses,"** by Bridget Noonan and Debra M. Parrish, Learned Publishing, July 2008 Vol. 21, No. 3.

- **"Research Misconduct and Plagiarism,"** by Debra M. Parrish, Journal of College and University Law, January 2007, Vol. 33, No. 1.

- **White Paper on Promoting Integrity in Scientific Journal Publications,"** Council of Science Editors, Editorial Policy Committee (2006).

**Bridget Noonan**
788 Washington Road
Pittsburgh, PA 15228
Phone: 412-561-6250
Fax: 412-561-6253
E-mail: bridget@dparrishlaw.com

## PROFESSIONAL EXPERIENCE

- August 2012-Present  **Associate at Parrish Law Offices (Pittsburgh, PA)**
  Prepare appeals to the Office of Medicare Hearings and Appeals and the Medicare Appeals Council for a variety of durable medical equipment companies, laboratories, and health care providers; prepare relevant briefing for appeals to the Office of Medicare Hearings and Appeals; manage individual beneficiary case flow; currently researching and writing about topics in the field of research misconduct

- Summer 2011  **Paralegal at Parrish Law Offices (Pittsburgh, PA)**
  Prepared administrative law judge requests, pre-hearing briefs, and appeals to the Medicare Departmental Appeals Board; researched, edited, and prepared articles concerning research misconduct; helped update a manual used by journal editors in addressing allegations of research misconduct

- Fall 2010  **Duquesne University School of Law Urban Development Law Clinic**
  Assisted clients with transferring title of real property in association with NeighborWorks of Western Pennsylvania; worked with local townships to discuss the feasibility of conservatorship for their abandoned or blighted properties

- 2004-2010  **Paralegal and Research Assistant at Parrish Law Offices (Pittsburgh, PA)**
  Researched case law for briefs in support of research misconduct clients; prepared and edited manuscripts concerning research misconduct issues; prepared administrative law judge requests for Medicare reimbursement claims. Prepared discovery request and helped prepare briefs for clients in research misconduct civil litigation.

## EDUCATION

- Duquesne University School of Law, 2012 J.D.
- University of Pittsburgh 2008, *summa cum laude*
  B.A. History, B.A. Political Science

## BAR MEMBERSHIPS AND ASSOCIATIONS

- Allegheny County Bar Association
- Pennsylvania Bar Association
- Society of Research Administrators International

## ACTIVITIES

- Duquesne Women's Law Association (Domestic Violence Committee Co-Chair, 2011-2012; Breast Cancer Awareness Committee Member 2009-2012)
- Energy & Mineral Law Society (2012)
- Mentor to First-Year Students Program (2011-2012)
- Participant in The Great Case Competition (October 2011), sponsored by the University of Pittsburgh Katz Graduate School of Business and School of Law
- Phi Alpha Delta Legal Fraternity

## PUBLICATIONS

- Bridget Noonan and Debra M. Parrish, "Image Manipulation as Research Misconduct," *Science and Engineering Ethics*, May 2009.

- Bridget Noonan and Debra M. Parrish, "Expressions of Concern and Their Uses," *Learned Publishing*, July 2008.

## SPEECHES AND PRESENTATIONS

- **"Beyond the Journals: Research Misconduct Outside of Academic Publications,"** 2017 Society of Research Administrators International Annual Meeting, Vancouver, CAN, October 16, 2017.

- **"The Basics of Research Misconduct Investigation Committees,"** 2016 Society of Research Administrators International Annual Meeting, San Antonio, TX, October 25, 2016.

- **"Landmark Research Misconduct Cases,"** 2016 Society of Research Administrators International Northeast/Southern Section Meeting, New York, NY, March 1, 2016.

- **"Research Misconduct: The Basics,"** 2015 Society of Research Administrators International Annual Meeting, Las Vegas, NV, October 21, 2015.

- **"Graduate Student Research Misconduct,"** 2015 Research Integrity Symposium, University of Southern Maine, May 22, 2015.

- **"Graduate Student Research Misconduct,"** Society of Research Administrators International Midwest/Northeast Section Meeting, Minneapolis, MN, April 28, 2014.

- **CLE topic "Recent Changes to the Federal Rules of Evidence and the Effect on the Pennsylvania**

**Rules of Evidence,"** Duquesne University School of Law Continuing Legal Education Project, Pittsburgh, PA, April 9, 2011.





# Jeffrey Blumenfeld
Partner
Co-Chair, Antitrust & Trade Regulation

Washington, D.C.
T: +1 202.753.3810
jblumenfeld@lowenstein.com

Jeff is a leading figure in the competition issues that shape today's economy, particularly those affecting telecommunications, ecommerce, and other technology-based companies. Clients value his understanding of a wide variety of industries as well as his collaborative approach to accomplishing business goals. With more than 35 years of government and private practice experience, Jeff has an in-depth knowledge of competition principles, technology, regulation, and economics.

Drawing on nearly two decades of experience, Jeff works with clients on the increasingly important and complex competition issues in intellectual property including participation in standards setting, collective IP activity such as patent pools and collective defense, licensing issues including for standard essential patents (SEPs), and the competition issues that have become common in patent litigation over FRAND/RAND licensing terms for SEPs. As outside counsel, in-house general counsel, board director, and litigator, Jeff represents companies and their investors on a broad range of competition issues, including criminal antitrust matters (investigations and trials), class action antitrust lawsuits, actions brought by customers and suppliers, actions by or against competitors, monopolization cases, and transactions. Understanding that legal strategy must serve business strategy, Jeff functions as an integral part of his clients' business teams, from major brands to early-stage venture-backed tech companies.

Beginning his career with more than a decade at the Antitrust Division of the Department of Justice (DOJ) and in the U.S. Attorney's Office for DC, Jeff has first chaired more than 60 jury trials and has argued more than 20 appellate cases. As Assistant Chief of the Special Regulated Industries Section of the Antitrust Division, Jeff supervised investigative and trial staffs in complex matters in the financial services and telecommunications industries.

Jeff was one of four senior trial attorneys in the 18-month trial of *United States v. AT&T* (the divestiture case), arguably the most complex monopolization case ever tried successfully by the Government, covering anticompetitive conduct over a span of several decades. He had a senior supervisory role directing a large team in determining the theory of the case, conducting discovery including extensive depositions, architecting the Government's case, and both presenting and cross-examining numerous key witnesses, including fact, technology, engineering, and economic witnesses. He then served as chief of the entire trial staff during the first wave of post-divestiture litigation.

While in private practice, Jeff was called back to the Antitrust Division several times to work with trial staffs in developing complex cases, including those that became *US v Microsoft* and *US v MasterCard and Visa*. In addition, he has continued to advise clients in the technology and payments industries, working with electronic payment companies on both the issuer and merchant sides, as well as those providing transaction acceptance and fraud protection and remediation. Jeff also regularly counsels clients and trade associations on antitrust issues relating to credit and collections.

Jeff is an accomplished litigator and trial lawyer in a variety of complex matters. His trial expertise includes both presenting and cross-examining not only fact witnesses but also technologists, engineers, economists, and finance and other experts. He also has a long record of successfully trying complex technology matters involving these same issues at US District Courts, at the FCC, and at state regulatory commissions nationwide. All these benefit from his ability to "translate" complex technology for non-technology-literate decision makers.

Drawing on this experience, Jeff has taught trial practice throughout his career, at a variety of forums including the Attorney General's Advocacy Institute of the US Department of Justice, the National Institute for Trial Advocacy ("NITA"), as an adjunct professor at the Georgetown University Law Center, and at several law firms.

## EXPERIENCE

> Serve as outside general counsel to HEVC Advance, formed to accelerate the widespread adoption and deployment of H.265/High Efficiency Video Coding technology and products.

> Represented Ethoca in its acquisition by MasterCard.

> Represented an ecommerce company automating receivables in the real estate industry.

> Represented a major provider of payments and issuer processing services.

> Represented an air cargo carrier in international antitrust cartel investigations on fuel surcharges and related civil litigation.

> Represented a Fortune 10 company as plaintiff in an antitrust civil litigation for recovery of overcharges by cartel members.

> Represented a Fortune 100 company in defense of an antitrust class action.

50

- Represented a major online company in defense of civil antitrust litigation.
- Represented the Transport Workers Union in the Department of Justice challenge to the merger of American Airlines and US Airways.

## HONORS & AWARDS

- **The Best Lawyers in America (2009-2020)**
  Recognized in the Antitrust Law section.

- **Super Lawyers (2017-2019)**
  Recognized for Antitrust Litigation in Washington, D.C.

- **Antitrust Division of the Department of Justice**
  Special Commendation for Outstanding Service in the Antitrust Division

- **Corporate INTL: Technology Sector Antitrust Law Firm of the Year in Washington D.C. (2020)**
  Recognized for demonstrated excellence in knowledge and service over the past 12 months.

## NEWS & INSIGHTS

### Publications

- January 29, 2020
  "**2020 HSR Thresholds Announced by Federal Trade Commission,**" *Antitrust & Trade Regulation Client Alert*
  Jack Sidorov, Jeffrey Blumenfeld, Jeffrey M. Shapiro

- January 15, 2020
  "**Maximum Civil Penalties for HSR Violations Increased to $43,280 per Day,**" *Antitrust & Trade Regulation Client Alert*
  Jeffrey Blumenfeld, Jack Sidorov

- August 8, 2019
  "**New Guidelines on Antitrust Compliance Programs Offer Chance to Avoid Criminal Charges,**" *Lowenstein Sandler Client Alert*
  Jeffrey Blumenfeld, Rachel Maimin

- June 27, 2019
  "**A New Court Approach To DOJ And SEC Parallel Proceedings,**" *Law360*
  H. Gregory Baker, Rachel Maimin, Jeffrey Blumenfeld

- June 21, 2019
  "**Key Takeaways From a Recent Development in the Theranos Case,**" *White Collar Criminal Defense & Litigation Client Alert*
  H. Gregory Baker, Rachel Maimin, Jeffrey Blumenfeld

- March 5, 2019
  "**2019 HSR Thresholds Announced by Federal Trade Commission,**" *Antitrust & Trade Regulation Client Alert*
  Jack Sidorov, Jeffrey Blumenfeld, Jeffrey M. Shapiro

- February 5, 2018
  "**2018 HSR Thresholds Announced by Federal Trade Commission,**" *Antitrust & Trade Regulation Client Alert*
  Jack Sidorov, Jeffrey Blumenfeld, Jeffrey M. Shapiro

- January 26, 2017
  "**2017 HSR Thresholds Announced by Federal Trade Commission,**" *Antitrust & Trade Regulation Client Alert*
  Jack Sidorov, Jeffrey Blumenfeld, Jeffrey M. Shapiro

- February 4, 2016
  "**2016 HSR Thresholds Announced by Federal Trade Commission,**" *Antitrust & Trade Regulation Client Alert*
  Jack Sidorov, Jeffrey Blumenfeld, Jeffrey M. Shapiro

- August 2014
  "**Illegal Cartel Sheds Light on Antitrust Importance,**" *North American Windpower*
  Jeffrey Blumenfeld, Eric Jesse

### In the Media

- October 15-20, 2019
  The transition of leadership of Lowenstein Sandler's D.C. office to **Antitrust & Trade Regulation** partner **Zarema A. Jaramillo** was covered in **Bloomberg Law – Big Law Business**, *General Counsel News, The Hill, The Deal*, and **The Washington Post**. Jaramillo is set to take over on January 1, 2020, from **Jeffrey Blumenfeld**, who founded the D.C. office in 2014 and will remain Co-chair of the firm's Antitrust & Trade Regulation practice group.

> September 26, 2019
> **Jeffrey Blumenfeld**, co-chair of the firm's **Antitrust & Trade Regulation** practice, comments in an article in *The Hill* on concerns that antitrust investigations into four leading automakers may be driven by politics. Blumenfeld, who served twice in the Department of Justice's (DOJ) Antitrust Division, questions whether the DOJ now has sufficient legal grounds to pursue the investigation, and warns that a politically motivated investigation could permanently damage the Antitrust Division's reputation: "Once people begin to suspect that law enforcement is not based on the law and is not even handed — once a law enforcement agency loses that moral authority, I don't know how you get it back."

> July 12-19, 2019
> Longtime firm client Tower International's (NYSE: TOWR) acquisition by private equity-owned Autokiniton Global Group, in a $900 million deal expected to close in September or October, is reported in **Crain's Detroit Business**, *The PE Hub Network, Automotive News, InvestorsHub, Law360, Smart Business Dealmakers, Mergers & Acquisitions,* and the **Global Legal Chronicle**. (Lowenstein deal team: **Peter H. Ehrenberg, Andrew E. Graw, Lowell A. Citron, Marita A. Makinen, Jeffrey Blumenfeld, Jack Sidorov, Jeffrey M. Shapiro, Elisia M. Klinka, Justin Gindi, Kate Basmagian, Daniel C. Porco, Matthew A. Weston, Erica Perlmutter, Robert Bee, Sabrina Cua, Brian A. Silikovitz, Kristin V. Taylor, Katie R. Glynn, Nicholas G. Mehler, Doreen M. Edelman, Lynda A. Bennett, Megan Monson, Michael B. Himmel,** and **Norman W. Spindel**) View Lowenstein's news announcement about this transaction.

> March 12-April 18; May 24, 2019
> *Mondaq News, Retail Dive, The PE Hub Network, StreetInsider.com,* and the **Global Legal Chronicle** cover news of Lowenstein client Ethoca's acquisition by Mastercard. (The Lowenstein deal team included: **Steven E. Siesser, Traci M. Tomaselli, Anthony O. Pergola, Lesley P. Adamo, Jeffrey Blumenfeld, Jeffrey M. Shapiro, Jack Sidorov, Michael J. Mueller, Darren Goodman, Megan Monson, Gina M. Seong, James McDonough, Sophia Mokotoff, Erica Perlmutter,** and **Lauren Killeen**.) View Lowenstein's news announcement about this transaction.

> January 24, 2019
> **The PE Hub Network, The Deal,** and *Law360* (December 12, 2018; January 24, 2019) note Lowenstein Sandler as lead counsel to Cerberus Capital Management, L.P. in its acquisition of Sparton Corporation (NYSE: SPA). (Lowenstein deal team: **Marita A. Makinen, Robert G. Minion, Jeffrey Blumenfeld, Mary J. Hildebrand, Nicholas G. Mehler, Christine Osvald-Mruz, Matt Savare, Jeffrey M. Shapiro, James C. Shehan, Michael Walutes, Jack Sidorov, Norman W. Spindel, Stuart S. Yusem, Manali Joglekar, Sabrina Cua, Allison Gabala, Megan Monson, Alex H. Rosenthal, Bryan Sterba, Matthew Tippy, Lauren E. Killeen,** and **Lauren M. Troeller**.) *(subscription required to view certain content)* View Lowenstein's news announcement about this transaction.

> October 15; November 30; December 18, 2018
> **Streetinsider.com, The Deal, citybizlist,** *The PE Hub Network* (October 15, 2018; December 18, 2018), **MarketWatch, Law360,** *Global Legal Chronicle,* and *Business Wire* note Lowenstein Sandler as counsel to Cambium Learning Group, Inc. in its $900 million definitive merger agreement with Veritas Capital. (Lowenstein deal team: **Steven E. Siesser, Elisia M. Klinka, Brooke A. Gillar, Michael J. Mueller, Lauren M. Troeller, Bianka V. Barraza, Lowell A. Citron, Jeffrey Blumenfeld, Jack Sidorov, Jeffrey M. Shapiro, Steven M. Skolnick, Kate Basmagian, Scott Siegel, Lesley P. Adamo, Sophia Mokotoff, Darren Goodman, Megan Monson, Katie R. Glynn, David W. Field, Michael A. Kaplan, Eric Jesse, Nicholas G. Mehler, Steven M. Hecht,** Sean Collier, **Edward J. Hunter, Zarema A. Jaramillo, Andrew David Behlmann,** and **Gina M. Seong**.) *(subscription required to access certain content)* View Lowenstein's news announcement about this transaction.

> November 5-12; December 13-19, 2018
> **MarketWatch, GlobeNewswire, TenLinks, StreetInsider.com, Yahoo! Finance, Digital Engineering,** *Global Legal Chronicle,* and **Crain's Detroit Business** note Lowenstein Sandler as counsel to Altair Engineering Inc. (Nasdaq: ALTR) in its $176 million acquisition of Datawatch Corporation (Nasdaq: DWCH). (Lowenstein deal team: **Peter H. Ehrenberg, Michael J. Mueller, Elizabeth A. Mandle, Justin Gindi, Colin J. Kirby, Valeska Pederson Hintz, Kate Basmagian, Lauren E. Killeen, Darren Goodman, Megan Monson, Brian A. Silikovitz, Sophia Mokotoff, Mark P. Kesslen, Manali Joglekar, Leah Satlin, Jeffrey Blumenfeld, Jack Sidorov, Jeffrey M. Shapiro, Lynda A. Bennett, Eric Jesse, Lowell A. Citron, Lauren M. Troeller,** and **Erica Perlmutter**.) View Lowenstein's news announcement about this transaction.

> October 5, 2018
> *CNN* quotes **Jeffrey Blumenfeld** in an article noting that the outcome of the U.S. Department of Justice's (DOJ) appeal of the lower court's decision permitting AT&T's $85 billion acquisition of Time Warner will depend on the views of the judges on the panel. The DOJ will have a more difficult time winning if the judges are skeptical of government intervention in business matters, which is often the case with more conservative judges Blumenfeld states, but may find a court more sympathetic to its arguments against the merger if the judges on the panel are less skeptical of such intervention.

> August 7; September 2; September 24, 2018
> **Wired,** the *Riverdale Standard,* and *LNR* quote **Jeffrey Blumenfeld** in an article profiling Incompas CEO Charles Pickering and his support of net neutrality. Blumenfeld notes that, after the government forced AT&T to break into several smaller carriers (Baby Bells), Incompas (then called Comptel) played a key role in the telecom industry during post-breakup litigation over what the Bell companies could–and could *not*–do under the court decree that broke up the AT&T monopoly.

> September 7-8, 2018
> *The Hill, The Washington Post,* the *Houston Chronicle,* and the *East Bay Times* quote **Jeffrey Blumenfeld** in an article reporting that the U.S. Department of Justice has invited attorneys general from some states, but not other important state attorneys general such as those from New York, California, Connecticut, and Washington – where the attorneys general are Democrats – to participate in a meeting in Washington, D.C., to assess whether tech companies such as Twitter, Facebook, and Google are hurting competition by deliberately stifling certain types of speech. Blumenfeld notes he does not know of a time when the DOJ selectively invited some but not others when issuing invitations to coordinate investigations.*(subscription required to access certain content)*

> July 12-24, 2018
> *Bloomberg Law – Big Law Business, The Washington Post*(July 12, 2018; July 19, 2018), **CNBC's "Squawk Alley,"** *Law360,* and *Mobile World Live* cover **Jeffrey Blumenfeld's** perspective on the U.S. Department of Justice's (DOJ) appeal of the U.S. District Court for the District of Columbia's decision permitting AT&T's $85 billion acquisition of Time Warner. Blumenfeld's observations include noting that: The appeal may cause companies to pause on plans for industry vertical mergers pending the case's outcome; the appeal shows the DOJ wants clarity on the AT&T/Time Warner merger and similar transactions and that the DOJ's action means pending and future deals may come under increased scrutiny; the district court judge "simply credited everything that AT&T said and discounted almost everything the government said"; an appellate defeat could hinder "efforts to

challenge similar vertical deals the future"; the appellate court might apply a burden of proof standard that the DOJ may have difficulty meeting in later cases; and, even if the DOJ loses, it could sue in the future to break up the merged entity if there were evidence of negative market impact or if, at a later date, there were evidence of anticompetitive conduct. *(subscription required to access certain content)*

> June 25, 2018
> *The Washington Post* quotes **Jeffrey Blumenfeld** in an article discussing the implications of the Supreme Court's decision to leave in place a ruling that allows American Express to enact "anti- steering provisions" on merchants who accept its credit cards. Blumenfeld notes that, since this decision will not change how American Express interacts with merchants, it's an open question whether it will have an effect on merchants' pricing.

> June 14, 2018
> *Law360* quotes **Jeffrey Blumenfeld** in an article discussing the antitrust enforcement implications of the U.S. District Court for the District of Columbia's decision permitting AT&T's $85 billion acquisition of Time Warner. Blumenfeld notes how surprising it was that the judge placed greater emphasis on defendant executives' court testimony than on contemporaneous documents showing what the executives were thinking and discussing while the deal was being negotiated because testimony reflects preparation with lawyers, but contemporaneous documents "tell the real story." Blumenfeld also notes that the government faces a difficult decision on whether to appeal the decision based, in part, on the judge's treatment of the documents, both because there would be a high burden of proof and because of the risk that an adverse appellate decision could have greater impact. *(subscription required to access article).*

> June 12, 2018
> *CNNMoney* quotes **Jeffrey Blumenfeld** in an article discussing the U.S. District Court for the District of Columbia's decision permitting AT&T's $85 billion acquisition of Time Warner and the parties' possible next steps. Blumenfeld notes that if the U.S. government does not get an injunction to prevent the deal closing during what is likely to be a lengthy appeals process, the companies will merge their operations, making it that much more difficult to undo.

> May 26, 2018
> *GCR* quotes **Jeffrey Blumenfeld** on the proposed merger of T-Mobile and Sprint.

> May 9, 2018
> *Law360* quotes **Jeffrey Blumenfeld** on the U.S. Department of Justice lawsuit seeking to block AT&T's proposed merger with Time Warner. Blumenfeld comments on the risks of relying too heavily on economic evidence, the potential for AT&T documents to reveal the true motivations for the merger, AT&T's burden of proof in defending against assertions of the deal's negative economic impact, and the impact of the judge possibly imposing arbitration as a remedy. *(subscription required to access article)*

> April 30, 2018
> *The Seattle Times*, the *Los Angeles Times*, *The Washington Post*, and **Gildshire Magazines** quote **Jeffrey Blumenfeld** on the proposed merger of T-Mobile and Sprint.

> April 23, 2018
> *CNNMoney* quotes **Jeffrey Blumenfeld** on the U.S. Department of Justice lawsuit that seeks to block AT&T's proposed merger with Time Warner. Blumenfeld notes the judge's broad discretion in adjudicating the case and that the judge's questions to witnesses may not be clues as to his decision.

> March 18-26, 2018
> *The Hill*, *USA Today*, *CNN*, and **Law360** quote **Jeffrey Blumenfeld** on the U.S. Department of Justice lawsuit that seeks to block AT&T's proposed merger with Time Warner. In *The Hill*, Blumenfeld notes the ineffectiveness of imposing behavioral conditions to avoid anticompetitive behavior following major industry mergers. In *USA Today*, he notes that this litigation offers consumers a real-world lesson in the antitrust issues that can affect everyday activities such as watching cable television and streaming programs. *CNN* quotes Blumenfeld on the difficulties AT&T customers might face should the deal be approved when attempting to obtain content that is not owned by AT&T. In *Law360*, Blumenfeld discusses the parties' back-and-forth regarding confidentiality concerns and notes how greater evidentiary openness in this case can offer consumers a look at antitrust law as applied to an industry they understand and interact with every day.

> December 14, 2017
> **Jeffrey Blumenfeld** discusses net neutrality in **The Washington Post** and **TheStreet**.

> August 2017
> **Jeffrey Blumenfeld** comments in *Washington Lawyer* on how Lowenstein Sandler capitalizes on international legal networks and a collaborative culture to meet our clients' legal needs in today's globalized economy.

> April 25, 2017
> In *Law360*, **Jeff Blumenfeld** discusses what to expect in the new administration's approach to antitrust and merger enforcement under AAG nominee Makan Delrahim.

> November 1, 2016
> **Jeff Blumenfeld** is quoted in **Variety** on how the AT&T-Time Warner merger will affect content competitors such as Netflix and Hulu.

> October 25, 2016
> **Jeff Blumenfeld** comments in a *Bloomberg BNA* article about possible ramifications of the 2011 joint agreement between Comcast and NBCUniversal on the AT&T-Time Warner bid.

> October 24, 2016
> In **Law360**, **Jeff Blumenfeld** discusses AT&T's $84.5B Time Warner takeover and the likely shift in incentives and conduct once the two companies merge.

> June 5, 2014
> In **Bloomberg**, **Jeff Blumenfeld** comments on the regulatory implications of Sprint's proposed acquisition of T-Mobile.

## SPEAKING ENGAGEMENTS

- Speaker, **IPWatchdog Conference,** IPWatchdog, March 15-18, 2020
- Speaker, **FRAND and Willing Licensees: What is Fair Reasonable and Non-Discriminatory, "Standard Essential Patents: Striking a Balance Between Competition and Innovation,"** IP Watchdog Patent Masters Forum, Arlington, VA, September 10-11, 2019
- Speaker, **Business Solutions for Licensing Markets in the Digital Era,** OxFirst Third IP and Competition Forum: Creating the Missing Link in the Digital Economy, Brussels, February 14-15, 2019
- Speaker, **IP/Antitrust in a Changing World ,** China Institute of International Antitrust and Investment, Beijing, China, December 13, 2018
- Speaker, **Washington's New Views on Standard Essential Patents?,** SAS Conference on Patent Litigation, March 2018
- Speaker, **View from Both Sides of the Aisle: Issues in Antitrust Practice in Government Agencies and in Private Practice,** ABA Section of Antitrust Law, Cartel and Criminal Practice Committee and Membership and Diversity Committee, Washington, D.C., January 10, 2018
- Speaker, **View from Both Sides of the Aisle: Issues in Antitrust Practice in Government Agencies and in Private Practice,** ABA Section of Antitrust Law, Cartel and Criminal Practice Comittee, Washington, D.C., January 10, 2018
- Speaker, **Antitrust Essentials for Credit Professionals,** Credit Management Association Webinar, July 25, 2017
- Speaker, **Antitrust, Patent Law, SEPs, FRAND: Who's in Charge Here?,** SAS Conference on Patent Litigation, April 2017
- Speaker, **IP, Antitrust, and FRAND in China Today,** Client Presentation, February 2017
- Speaker, **Recent Developments in Telephone Consumer Protection Act (TCPA) Enforcement and Litigation,** ABA Section of Antitrust Law, Civil Practice and Procedures Committee, New York, NY, December 5, 2016
- Panelist, **The Risk of Connectivity,** Bloomberg NEXT, Washington, D.C., November 17, 2016
- **EU Developments on Standard Essential Patents: Huawei v. ZTE and After,** Client Presentation, October 2016

## EDUCATION

- University of Pennsylvania Law School (J.D.)
- Brown University (A.B.), cum laude

## ADMISSIONS

- District of Columbia

# Casey M. Bruner

3428 W. Rockwell Ave., Spokane, Washington 99205
Casey@Bruner.org | (509) 952-8182 | www.CaseyBruner.com

## EXPERIENCE:

**Witherspoon Kelley**  Spokane, WA
Litigation Attorney  February 2018 - Present
- Represents individuals, government organizations & businesses in all areas of litigation
- Focus on federal courts litigation

**Floyd, Pflueger & Ringer PS**  Seattle, WA
Litigation Attorney  August 2016 – February 2018
- Represented municipality in federal voting rights litigation
- Represented businesses in complex commercial litigation
- Represented tribal organizations in defense of sovereign immunity

**Judge Edward F. Shea**  Richland, WA
U.S. District Court for the Eastern District of Washington  August 2015 – August 2016
Law Clerk

**Judges Lonny R. Suko & James P. Hutton**  Yakima, WA
U.S. District Court for the Eastern District of Washington  January 2015 – May 2015
Judicial Extern

**The Commission on the Theft of American Intellectual Property**  Seattle, WA
Project Manager  May 2012 – December 2014
- Advised commissioners on the practical and legal aspects of various policy recommendations
- Drafted significant portions of the Commission's final report

**The National Bureau of Asian Research**  Seattle, WA
Project Manager  February 2010 – December 2014
- Managed policy programs and projects relating to international trade, national security, cyber security, and intellectual property matters

## EDUCATION:

**Seattle University School of Law**  Seattle, WA
Juris Doctor, *Magna Cum Laude*  June 2012 – May 2015
- Class Rank: Top 10% (Dean's List)
- Research & Technical Editor, *Seattle University Law Review*
- CALI Awards: Comprehensive Trial Advocacy & National Security Law

**University of Washington**  Seattle, WA
Bachelors of Arts in Economics & Political Science  September 2006 – December 2009

## PUBLICATIONS & PRESENTATIONS:

*How to Make a Public Records Request,*
WSBA's PUBLIC RECORDS ACT DESKBOOK, Chapter 5-Supplement (2020)

*Investigative, Law Enforcement, & Security Records,*
WSBA's PUBLIC RECORDS ACT DESKBOOK, Chapter 9-Supplement, (2020)

*Appellate Case Law Survey,* Spokane County Bar Association's Appellate Practice CLE (June 1, 2018)

*Trial Advocacy Training Provides Invaluable "In Court" Practice,* NW Lawyer, (September 2017)

*WSBA's Trial Advocacy Program,* Chair & Panelist 2016 – 2017.

55

*WSBA's Trial Advocacy Program*, Chair-Elect, 2015 – 2016.

*Civil Voir Dire Case Law Update* (CLE), Floyd, Pflueger & Ringer, P.S. (October 11, 2016)

*Ninth Circuit Case Law Update* (CLE), 10ᵀᴴ ANNUAL FEDERAL CIVIL TRIAL PRACTICE SEMINAR, Benton-Franklin County Bar Association (May 13, 2016)

*Authorized Investigation: A Temperate Alternative to Cyber-Insecurity*, 38 Seattle U. L. Rev. 1463 (2015)

*Cyber Insecurity, in* 15 FOR 2015: FORECASTS FOR THE ASIA-PACIFIC 18 (Rachel Wagley ed., The National Bureau of Asian Research, 2015)

### PUBLIC SERVICE:

Trustee, Federal Bar Association for the Eastern District of Washington, 2020 – Present

Board Member, Washington Coalition for Open Government, 2018 – Present

Member, WSBA's Judicial Recommendation Committee, 2018 – Present

### SIGNIFICANT REPRESENTATIVE CASES & MATTERS:

***Mark Peterson v. City of Yakima,*** U.S. Court of Appeals for the Ninth Circuit, Cause No. 20-35070, Subm. Nov. 18, 2020. Served as counsel and lead appellate counsel for the Plaintiff / Appellee in a civil rights action against the City of Yakima, pursuant to 42 U.S.C. § 1983, for First Amendment retaliation against a local business owner.

***The Associated Press, et. al. v. The Washington State Legislature,*** Washington State Supreme Court, No. 95441-1 (2019). I served as amicus counsel on behalf of the First Amendment Center of the Freedom Forum Institute to argue the First Amendment implications of whether Washington's legislature is subject to Public Records.

***Jane Does #1-#10 v. Cowles Publish Company,*** Washington State Court of Appeals, Division 3, No. 360300. I represented a media company in a lawsuit and subsequent appeal regarding the public's access to the community colleges records regarding an alleged sexual misconduct claim by the college's acting president. The Court of Appeals sided with the media company, overturning the trial court.

***Lovelett v. Confederated Tribes of the Chehalis Reservation,*** U.S. District Court for the Western District of Washington, No. 3:16-CV-05922-BHS (2016). I served as co-counsel where I tendered defense of tribal employees to the U.S. Attorney's Office and obtained dismissal of remaining claims under sovereign immunity.

***Glatt v. City of Pasco,*** U.S. District Court for the Eastern District of Washington, No. 4:16-CV-5108-LRS (2016). I was co-counsel to the City of Pasco in a lawsuit brought under the Section 2 of the federal Voting Rights Act. I assisted in drafting dispositive briefing and obtaining judgment in favor of the city.

***Robert Smith v. Spokane Public Facilities District,*** Spokane County Superior Court, No. 18-2-3443-9. I successfully represented the Spokane Public Facilities District against a constitutional challenge to a policy that prevented patrons from carrying firearms at the Spokane Arena.

***G.B. Auctions v. Old Republic Insurance,*** U.S. District Court of the Eastern District of Washington, No. 2:18-CV-237-SMJ (2018). I represented the plaintiff in breach of insurance contract and insurance bad faith action. Successfully briefed and argued three separate dispositive motions.