IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLSEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-374 (SMJ) |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, | ) |
| Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME**

The Secretary's opposition to plaintiff's motion for attorneys' fees is due today. Since that motion was filed on March 25, undersigned counsel has been responsible for opposing motions for a temporary restraining order and/or preliminary injunction in two separate cases. The most recent of those oppositions was filed earlier today. Due to these competing demands on the time of counsel, the Secretary respectfully requests a one-day extension—until April 9, 2021—of his time to oppose plaintiff's motion for attorneys' fees in this case.

Plaintiff consents to this relief.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

                MICHELLE BENNETT
                Assistant Director, Federal Programs Branch

                */s/ James Bickford*
                JAMES BICKFORD
                Trial Attorney (N.Y. Bar No. 5163498)
                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington, DC 20530
                James.Bickford@usdoj.gov
                Telephone: (202) 305-7632
                Facsimile: (202) 616-8470

                *Counsel for Defendant*

Date: April 8, 2021