# EXHIBIT A



**WITHERSPOON·KELLEY**
Attorneys & Counselors
Spokane  |  Coeur d'Alene
Tax ID 91-1083732

422 W. Riverside Avenue, Suite 1100    Tel: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728
www.witherspoonkelley.com

April 15, 2021
Invoice #: 478134

Parrish Law Office
James Pistorino
788 Washington Road
Pittsburgh, PA  15228

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending April 15, 2021:

Account: 65072 - 1

RE:    Olsen v. Azar

| | |
|---|---:|
| Professional Services | $ 1,034.00 |
| Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,034.00** |
| Previous Balance | $ 8,714.74 |
| **TOTAL BALANCE DUE** | **$ 9,748.74** |

*This statement may not include expenses for which we have not been billed. Interest on unpaid accounts at the rate of 1% per month (annual rate of 12%) will be imposed commencing 30 days after date of statement.*

1

# WITHERSPOON KELLEY

Account: 65072 - 1

April 15, 2021
Invoice #: 478134

RE: Olsen v. Azar
Jeremy Olsen v. Alex M. Azar, II

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 3/23/21 | CMB | Review local rules and exchange correspondence with national counsel about Motion for Award of Attorneys' Fees. | .60 |
| 3/24/21 | CMB | Continue in assisting to draft motion for attorneys' fees; revise pleadings provided by counsel to conform with local rules and conventions. | 1.60 |
| 3/25/21 | CMB | Revise and finalize Motion for Award of Attorneys' Fees. | .80 |
| 4/08/21 | CMB | Review stipulated Motion for Extension of Time to File. | .20 |
| 4/09/21 | CMB | Review and analyze Response to Motion for Attorneys' Fees. | .30 |
| 4/15/21 | CMB | Review, revise, finalize and file Reply in Support of Motion for Award of Attorneys' Fees. | .90 |
| | | **Total:** | **4.40** |

TOTAL PROFESSIONAL SERVICES                $ 1,034.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| Casey M. Bruner | 4.40 | 235.00 | 1,034.00 |
| **Total** | **4.40** | | **$ 1,034.00** |

**TOTAL THIS INVOICE**                $ 1,034.00

*This statement may not include expenses for which we have not been billed. Interest on unpaid accounts at the rate of 1% per month (annual rate of 12%) will be imposed commencing 30 days after date of statement.*

**WITHERSPOON KELLEY**

Account: 65072 - 1

April 15, 2021
Invoice #: 478134

## ACCOUNTS RECEIVABLE INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 476836 | 3/24/21 | 8,714.74 | .00 | 8,714.74 |
| | | **Prior Balance** | | **$ 8,714.74** |
| | | Current Invoice | | $ 1,034.00 |
| | | **TOTAL BALANCE DUE** | | **$ 9,748.74** |

*This statement may not include expenses for which we have not been billed. Interest on unpaid accounts at the rate of 1% per month (annual rate of 12%) will be imposed commencing 30 days after date of statement.*

3

7


**WITHERSPOON·KELLEY**
Attorneys & Counselors
Spokane | Coeur d'Alene
Tax ID 91-1083732

422 W. Riverside Avenue, Suite 1100      Tel: 509.624.5265
Spokane, Washington 99201-0300           Fax: 509.458.2728
www.witherspoonkelley.com

April 15, 2021
Invoice #:   478134

Parrish Law Office
James Pistorino
788 Washington Road
Pittsburgh, PA  15228

## REMITTANCE ADVICE

Account: 65072 - 1
RE:   Olsen v. Azar

| | |
|---|---:|
| **BALANCE DUE THIS INVOICE** | $ 1,034.00 |
| Previous Balance | $ 8,714.74 |
| **TOTAL BALANCE DUE** | **$ 9,748.74** |

Please return this advice with payment to:     Witherspoon Kelley
                                                Attorneys & Counselors
                                                422 W. Riverside Ave., Suite 1100
                                                Spokane, WA  99201-0300

### TERMS: NET 30 DAYS

*Thank you!  Your business is greatly appreciated.*

*This statement may not include expenses for which we have not been billed.  Interest on unpaid accounts at the rate of 1% per month (annual rate of 12%) will be imposed commencing 30 days after date of statement.*