# EXHIBIT B

**Parrish Law Offices**
788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|---|
| 4/1/2021 |

| Invoice # |
|---|
| 6669 |

| Bill To |
|---|
| Jeremy Olsen |

| Client/Matter No. | Matter Line 1 |
|---|---|
|  |  |

| Service ... | Description | Qty | Item | Amount |
|---|---|---|---|---|
| 3/4/2021 | attention to fees motion, billing statements | 1.2 | Prof srvcs @ $550/hr | 660.00 |
| 3/5/2021 | attention to fees motion, declaration | 1.1 | Prof srvcs @ $550/hr | 605.00 |
| 3/11/2021 | attention to fees | 0.4 | Prof srvcs @ $550/hr | 220.00 |
| 3/23/2021 | revise/review motion for fees | 4.7 | Prof srvcs @ $550/hr | 2,585.00 |
| 3/24/2021 | revise/review motion for fees | 3.8 | Prof srvcs @ $550/hr | 2,090.00 |

| Total | $6,160.00 |
|---|---|
| **Balance Due** | $6,160.00 |

10

**Parrish Law Offices**
788 Washington Road
Pittsburgh, PA 15228

# Invoice

| Date |
|---|
| 4/15/2021 |

| Invoice # |
|---|
| 6673 |

**Bill To**
Jeremy Olsen

| Client/Matter No. | Matter Line 1 |
|---|---|
| | |

| Service ... | Description | Qty | Item | Amount |
|---|---|---|---|---|
| 4/14/2021 | Revise/review reply re: fees | 6.3 | Prof srvcs @ $550/hr | 3,465.00 |

**Total** $3,465.00

**Balance Due** $3,465.00

11